UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-14036-CANNON/MAYNARD

UNITED STATES OF AMERICA

vs.

JOSEPH FUREY LUSK,

                Defendant.
_____/

## STIPULATED FACTUAL BASIS IN SUPPORT OF GUILTY PLEA AND ACKNOWLEDGEMENT OF OFFENSE ELEMENTS

I, Joseph Furey Lusk, agree that the facts set forth below are true and accurate and that the United States could prove these facts against me at trial. I am pleading guilty to Counts 1 and 2 of the Indictment. Count 1 charges me with attempted enticement of a minor, in violation of Title 18, United States Code, Sections 2422(b). Count 2 charges me with commission of a felony offense involving a minor while being required to register as a sex offender, in violation of Title 18, United States Code Section 2260A.

### STIPULATED FACTS

On October 1, 2018, Joseph Furey Lusk was adjudicated guilty in the Circuit Court of the Seventh Judicial Circuit, Putnam County, Florida, of Travel to Meet a Minor After Soliciting Parent, Legal Guardian, or Custodian, in violation of Florida Statute 847.0135.4B, and was sentenced to 48 months' imprisonment followed by 72 months of probation. As a result of this conviction, the defendant was required to register as a sex offender under Federal and Florida state law. The defendant was released from the Florida Department of Corrections on July 5, 2021.

In August 2021, a Martin County Sheriff's Office (MCSO) investigator was conducting an

undercover chat operation on the Moco Space social media application using the persona of a 15-year-old female. On August 1, 2021, the undercover investigator received a "friend" request from the defendant, who was using the username joseph.-16, on Moco Space. After accepting the defendant's friend request, the undercover investigator asked the defendant to contact her on Kik, another social media messaging application for mobile phone users. Using his cellular phone and the internet, the defendant, using the username jlusk74, then began communicating with the undercover investigator on Kik. The conversation began on August 1, 2021, and lasted until approximately August 28, 2021.

At the beginning of the Kik chat, the undercover investigator identified herself as a 15-year-old female, and the defendant stated that he was 47 years old. The defendant asked the undercover investigator if she liked older men and questioned whether her mother knew about her dating older men. The defendant then sent the undercover investigator several photographs of his face and asked for photographs of her in return. The defendant commented that he would like the undercover investigator to "get naked and ruff [sic] house" with him and told her that he would "bend u [sic] over my knee and spank u [sic]." The defendant then sent the undercover investigator YouTube videos of teenage girls and young women dancing and posing provocatively. The defendant later asked if the undercover investigator was "going to shake ur [sic] booty like that" for him, asked her if she was "naked yet," and then scolded her for not letting him see her naked. When the undercover investigator mentioned that it was raining outside her house, the defendant told her to "run around in it with a white t-shirt no bra on." The undercover investigator stated that she had gotten soaked while running to her mailbox, and the defendant responded, "oh wow send me a pic lol." The defendant then told the undercover investigator that "maybe one day soon I can getaway [sic] and come see you."

The following day, the undercover investigator stated to the defendant that she needed to take a shower, and the defendant responded that he would "love to scrub ur [sic] whole body for u [sic] and use my tongue too." He further stated that he would "lick n [sic] nibble on ur [sic] luscious boobies and hard nipples slowly lick on u r[sic] kitty and get it all wet and lick around ur [sic] booty and make ur [sic] scream for more[.]" The defendant told the undercover investigator that he was "wild kinky n [sic] freaky in bed" and that he was "into oral anal bareback give creampies im [sic] into spanking choking tie n [sic] up using toys or objects fisting want to try anal fisting too pulling hair" and "basically I want a total dirty cum slut in bed."

Later in the conversation, when the undercover investigator mentioned that she was going to a friend's house to go swimming, the defendant stated that he would "just love to see video of u 2 [sic] playing if that's what yall [sic] do with each other" and asked the undercover investigator if she was bisexual and encouraged her to "experiment to see what u [sic] like and don't like." Several days later, the defendant sent the undercover investigator two photographs of his erect penis.

On August 18, 2021, the defendant and the undercover investigator were again chatting on Kik when the defendant asked her to send him a photograph of herself "naked n [sic] shower" and told her, "I want u [sic] naked around me."

Law enforcement obtained an arrest warrant for the defendant, which was executed on August 31, 2021 at the defendant's Orange County residence. In a post-*Miranda* interview with law enforcement, the defendant admitted to communicating with the undercover investigator, whom he believed to be a 15-year-old female, on social media. The defendant also admitted to sending the undercover investigator the photographs of his penis and to asking the undercover investigator to send him nude photographs in return "a couple of times." He also acknowledged

3

that he was a registered sex offender.

## ACKNOWLEDGEMENT OF OFFENSE ELEMENTS

I, Joseph Furey Lusk, am aware of and understand the nature of the charges to which I am pleading guilty, because I have discussed the charges and what the prosecutor must prove to convict me with my attorney. I understand that the United States must and can prove the aforementioned facts and elements of the offenses beyond a reasonable doubt.

I understand that Count 1 charges me with attempted enticement of a minor, and that the United States must prove the following elements of the offense beyond a reasonable doubt:

First: The defendant knowingly attempted to persuade, induce, entice, or coerce a minor to engage in sexual activity;

Second: The defendant used a facility of interstate commerce, in this case, the internet; and

Third: One or more of the individuals engaging in the sexual activity could have been charged with a criminal offense under federal law or Florida state law.

[Intentionally left blank]

I understand that Count 2 charges me with commission of a felony involving a minor while being required to register as a sex offender, and that the United States must prove the following elements of the offense beyond a reasonable doubt:

First: The defendant is required to register as a sex offender under Federal or other law;

Second: While being required to register as a sex offender, the defendant committed a felony offense involving a minor under Title 18, United States Code Section 2422, among other enumerated offenses.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 4/4/2022    By: _____
STACEY BERGSTROM
ASSISTANT UNITED STATES ATTORNEY

Date: 4/4/2022    By: _____
CAROLINE McCRAE
ATTORNEY FOR DEFENDANT

Date: 4/4/2022    By: _____
JOSEPH FUREY LUSK
DEFENDANT