```
 1

 2                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 3                        FORT PIERCE DIVISION
                      CASE NO. 20-CR-14036-CANNON
 4

    UNITED STATES OF AMERICA,
 5

 6            Plaintiff,              FORT PIERCE, FLORIDA
          vs.
 7                                    JUNE 13, 2022

    JOSEPH FUREY LUSK,
 8                                       PAGES 1 - 49

              Defendant.
 9   _____/

10

11               TRANSCRIPT OF SENTENCING HEARING
              BEFORE THE HONORABLE AILEEN M. CANNON
12               UNITED STATES DISTRICT JUDGE

13

14   APPEARANCES:
     FOR THE PLAINTIFF:      STACEY BERGSTROM, AUSA
15                           Office of U.S. Attorney
                             101 South US Highway 1, Suite 3100
16                           Fort Pierce, Florida  33401

17

18
     FOR THE DEFENDANT:      M. CAROLINE McCRAE, AFPD
19                           Office of Federal Public Defender
                             450 S. Australian Avenue, St. 500
20                           West Palm Beach, Florida  33401

21

22   REPORTED BY:           DIANE M. MILLER, RMR, CRR
                            Official Court Reporter
23                           United States District Court
                             101 South U.S. Highway 1
24                           Fort Pierce, FL  34950
                             (772)467-2337
25                           diane_miller@flsd.uscourts.gov
```

Monday, June 13, 2022

1                    P‑R‑O‑C‑E‑E‑D‑I‑N‑G‑S

2          THE COURTROOM DEPUTY:  Calling case 21‑CR‑14036, USA

3    versus Joseph Furey Lusk.

4          MS. BERGSTROM:  Good morning, Your Honor, Stacey

5    Bergstrom for the United States.  I'm joined at counsel table

6    by Detective Matthew Killough from the Martin County Sheriff's

7    Office, and Special Agent Eric Urgo from Homeland Security

8    Investigations.

9          THE COURT:  Good morning.

10         MS. McCRAE:  Good morning, Your Honor; Caroline

11   McCrae on behalf of Mr. Lusk, who is present before the Court

12   this morning.

13         THE COURT:  Good morning, Ms. McCrae, and good

14   morning, Mr. Lusk.

15         Who is here for Probation?

16         PROBATION OFFICER:  Good morning, Your Honor; Nicole

17   Garcia on behalf of Probation.

18         THE COURT:  Good morning.

19         We are here today for your sentencing, Mr. Lusk.  The

20   purpose of today's proceeding is to determine a sentence that

21   is appropriate, but not greater than necessary to achieve the

22   purposes of sentencing as set forth in Title 18, United States

23   Code Section 3553(a).

24         The record reflects, sir, that you pled guilty to

25   counts one and two of the indictment pursuant to a conditional

```
 1   plea agreement.  As specified in the plea agreement, the Court,
 2   therefore, adjudicated you guilty of those two offenses and is
 3   prepared for sentencing.
 4           Ms. McCrae, are you aware of any legal reason
 5   precluding the imposition of sentence today?
 6           MS. McCRAE:  No, Your Honor.
 7           THE COURT:  All right.  Is the Government aware of
 8   any such reason?
 9           MS. BERGSTROM:  No, Your Honor.
10           THE COURT:  Okay.
11           Mr. Lusk, have you had an opportunity to review the
12   presentence investigation report?
13           THE DEFENDANT:  Yes, Your Honor.
14           THE COURT:  Do you need any additional time to
15   discuss the presentence investigation report with your
16   attorney?
17           THE DEFENDANT:  No, Your Honor.
18           THE COURT:  All right.  In preparation for today's
19   hearing, the Court has reviewed the full sentencing record,
20   including the presentence investigation report at docket entry
21   62, the Defense's objections to the presentence investigation
22   report, the Government's response to those objections, and the
23   addenda prepared by probation in light of those objections.
24           Ms. McCrae, let's turn first to any unresolved
25   factual objections to the PSI.
```

1          MS. McCRAE:  Your Honor, with respect to the factual

2     objections, I think the only unresolved one is regarding the

3     good conduct medal that was not reflected in paragraph 77, on

4     page 21 of the PSI.  The PSI sets forth Mr. Lusk's service in

5     the U.S. Army and lists a number of the decorations and awards

6     that he obtained; however, it does leave off one, that he

7     received a good conduct medal, which Mr. Lusk can attest to.

8          The Defense -- well, the Defense and I understand

9     probation attempted to obtain a copy of Mr. Lusk's DD214, but

10    were not able to obtain a copy from the U.S. Army.  From

11    speaking with my investigator, it is my understanding that the

12    military has a large backlog of public records requests given

13    the pandemic and their attempt to fulfill requests that were

14    getting backlogged over the pandemic.

15         So it is my understanding that it's the Government's

16    position that because we don't have a copy of the DD214 that

17    the PSI should not be corrected, but Mr. Lusk, himself,

18    remembers obtaining this good conduct medal and wishes it to be

19    reflected in the PSI.

20         THE COURT:  All right.  So I'm looking at the

21    addendum at docket entry 62-1 that says this issue was

22    resolved.  Ms. McCrae, can you elaborate on the nature of the

23    unresolved --

24         MS. McCRAE:  I apologize.

25         THE COURT:  I'm sorry.

1          Yes, Ms. Garcia?

2          PROBATION OFFICER:  I would like to note that the PSI

3     was revised on June 1st, 2022 and the Defendant's statement,

4     specifically the PSI was revised to read, "According to the

5     Defendant, he also received a good conduct medal in late 1996

6     or 1997," and that was probation's attempt to include the

7     Defendant's statement as to this issue with the lack of

8     verification we weren't able to receive, which is why we

9     consider that issue to be resolved.

10         THE COURT:  So is there any unresolved objection at

11    this point, Ms. McCrae?

12         MS. McCRAE:  No, Your Honor.

13         THE COURT:  So just to confirm, there's no additional

14    unresolved factual objections to consider?

15         MS. McCRAE:  That's correct.

16         THE COURT:  All right.  Let's turn then to the

17    unresolved legal objections, starting first with the issue of

18    the chapter four enhancement at paragraph 27 of docket entry

19    62.  What is your argument on that point, Ms. McCrae?

20         MS. McCRAE:  Your Honor, with respect to the chapter

21    four enhancement, what the Court has to do in order to

22    determine whether or not Mr. Lusk's prior conviction qualifies

23    as a prior sex offense conviction is to perform a categorical

24    analysis of the meaning of prior sex offense conviction as well

25    as the elements of the statute under Florida law of which he

```
 1   was convicted, and the Defense maintains our objection to

 2   relying on this Florida prior conviction.

 3         Under Florida law, there are essentially two charges

 4   that one can be charged with in an attempted enticement sort of

 5   situation.  What Mr. Lusk was charged with was not attempting

 6   to persuade, encourage or entice a minor, he was actually

 7   charged with and convicted of allegedly soliciting a parent and

 8   because of that, I don't think that it categorically falls

 9   under the requirement of being a prior sex offense conviction

10   under federal law.

11         The Government, in its response, cites to two

12   Eleventh Circuit cases and one third circuit case to attempt to

13   argue that this Florida statute would fall under the federal

14   statute for attempted enticement, but I don't believe, when you

15   look at those cases, that their argument is fully supported.

16         The issue in these cases that the Government has

17   relied on deal with whether or not a defendant's communication

18   with an adult intermediary can be used as evidence and support

19   a conviction for enticing a minor.  And when you look at those

20   cases, it is the assumption that the communications between the

21   defendant and the adult, the assumption that those

22   communications are being passed to the child; that these

23   convictions have been upheld because it was, in fact, an

24   indirect communication with the child and an indirect attempt

25   to entice a child.
```

```
 1              Instead what we have under Florida law is the
 2    criminalization, like under federal law, of enticing a minor,
 3    but then we also have this secondary statute, which is the
 4    statute Mr. Lusk was actually convicted of that is not charging
 5    enticement of a minor, it charges enticement of a parent.  So
 6    when you look at the elements of that offense, there is no
 7    requirement that the communications to the adult were actually
 8    intended to be communicated to the child or to persuade the
 9    child and so because of that, this Florida statute is overbroad
10    and categorially would not qualify as a prior offense for this
11    enhancement.
12              Thank you, Your Honor.
13              THE COURT:  Do you have any authority to support your
14    position?
15              MS. McCRAE:  I don't have any authority that has
16    looked at this particular Florida statute, Your Honor.  As far
17    as the requirement that the Court do a categorical analysis, I
18    could obtain authority for that.
19              THE COURT:  No, that's sufficient, okay.
20              But you don't disagree that in his case he was
21    convicted of traveling to meet a minor after soliciting parent.
22              MS. McCRAE:  That's correct, Your Honor, that's the
23    Florida statute.
24              THE COURT:  Okay.  All right, Ms. Bergstrom, what is
25    your argument on this?
```

```
 1              MS. BERGSTROM:  Your Honor, I'll rest mostly on my

 2    written submission.  I believe the elements of the Florida

 3    offense are narrower then the federal offense and anything that

 4    could be charged and convicted under the Florida statute would

 5    also be a federal crime under the Chapter 117 offense, and I

 6    will cite again to the cases, *United States v. Lee* and *United*

 7    *States v. Morell*, both of which involved communications to an

 8    adult, not the child, and the court found that there was

 9    sufficient enticement to commit sexual acts with a child in

10    both cases.

11              THE COURT:  All right.  I'm going to overrule the

12    objection on this point, I think conducting a categorical

13    analysis of the relevant statute, which in this case it's

14    undisputed is Florida statute 847.0135, subsection 4B, that

15    offense would qualify under -- excuse me would qualify as a sex

16    offense within the meaning of the Chapter 4 enhancement.

17              Clearly, the offense prohibits offenses perpetrated

18    at minors and categorically, he was traveling to meet a minor.

19    The fact that he communicated with a legal guardian of a minor

20    for the purpose of participating or at least attempting to

21    participate in prohibited sexual conduct with a minor doesn't

22    take it outside of the bounds of the federal analogue, and with

23    respect to the commentary in the guidelines itself, I think

24    clearly the offense was perpetrated at a minor within the

25    commentary, so for those reasons, the Court will overrule the
```

```
 1   objection and move on to the next legal objection, which I
 2   believe is the withholding of the additional level under 3E1.1.
 3           Ms. McCrae, what is your argument on that?
 4           MS. McCRAE:  Your Honor, the Government's response to
 5   this objection primarily, I would argue, relies on two basis of
 6   preparation; just a statement that they had to prepare for
 7   trial, but then actually much more facts dealing with the
 8   preparation that they had to do for pretrial motions.  And
 9   although the guideline indicates that it is up to the
10   Government to make this motion for the third point, I think
11   that the commentary and the law requires the Court to consider
12   the purposes and reasons that the Government is withholding
13   that third point, if they are withholding it in a case such as
14   this, as well as to look at the underlying facts of the case in
15   order to determine whether or not the Government is properly
16   denying that third point for acceptance.
17           I think that given the facts of this case, that we
18   did have pretrial motions and it was during the context of
19   those motions that Mr. Lusk pointed out that he was not feeling
20   well and was then tested for COVID on the day of the motions,
21   and because of that, it ended up that both himself and a
22   significant portion of the jail was on quarantine for several
23   weeks.
24           I was not able to meet with him following those
25   motions for several weeks, until he was finally lifted from
```

1    quarantine and could receive visitation, and it was upon my

2    first opportunity after the Court's ruling on those pretrial

3    motions that I was able to discuss those rulings with Mr. Lusk

4    and then determine that we should seek a conditional plea offer

5    from the Government, which is then what we immediately did.

6    The Government was able to obtain authorization for that

7    conditional plea and then we agreed forthright to that.

8            I don't think this is the sort of case that required

9    a significant amount of trial preparation on the Government,

10   this is not a case that dealt with any civilian witnesses, this

11   is a case involving a fictitious persona that was assumed by

12   the case agent and I would submit that when the Government

13   submitted this case to the grand jury, they were just as

14   prepared for trial as they were when we came in for our

15   pretrial motions hearings.

16           The exhibits that they produced were the same

17   exhibits that they had to turn over in discovery previously and

18   the testimony and the preparation, I think, for trial would be

19   very slim considering the fact that they are dealing with a

20   sting operation that was conducted over a period of time and

21   officers who would be quite familiar with the facts and

22   circumstances of the case and the primary evidence, again, in

23   the case was already memorialized.  It was the online chats and

24   then the videotaped interrogation that the Court listened to.

25           You know, part of the package of pretrial motions

```
 1    that was presented to Your Honor was a motion to dismiss count

 2    two, stating the Defense's belief that the conduct in this case

 3    is not included under that statute, and I think that it is

 4    problematic when we are looking so rigidly at the language in

 5    the acceptance of responsibility statute that we would deny

 6    someone credit in Mr. Lusk's position for that third point.

 7              THE COURT:  But let me ask you a question.  You

 8    brought that motion knowing that it was foreclosed by binding

 9    precedent, so that was clear and that was acknowledged.  The

10    Court denied that motion on the record, so there is really no

11    ambiguity as to what the Court's ruling was on that particular

12    motion, which obviously is the one preserved in the conditional

13    plea agreement.  So I don't understand why it then took almost

14    a month and a half at that point to notify the Government of

15    your timely acceptance.

16              In the meantime, of course, the Government asserts

17    that it had to conduct additional trial preparation in the form

18    of preparing pretrial filings, like witness and exhibit lists,

19    jury instructions, proposed voir dire, and evidentiary notices,

20    so can you respond to that?

21              MS. McCRAE:  Yes, Your Honor.  All of those filings

22    by the Government were filed while Mr. Lusk was still in

23    quarantine and I was not able to meet with him.

24              THE COURT:  So when was the first time you were able

25    to meet with Mr. Lusk?  I understand he would have tested
```

```
 1    positive, I assume, February 7th, which was the date of the

 2    hearing.

 3              MS. McCRAE:  If I may have just a moment, Your Honor.

 4              I believe it was March 9th, Your Honor.

 5              THE COURT:  All right.  Let me hear from

 6    Ms. Bergstrom.

 7              MS. BERGSTROM:  Your Honor, there is a circuit split

 8    currently as to whether the Government can withhold the third

 9    point based on the filing of a suppression motion and other

10    conducting of a hearing.  The Eleventh Circuit hasn't really

11    ruled definitively in *United States v. Johnson*, the citation

12    for that is 980 F.3d 1364, it is a 2020 case.

13              That's about the closest the Eleventh Circuit has

14    gotten, they considered the Government's withholding of the

15    third point based on an obstruction of justice issue as well as

16    the defendant's filing of pretrial motions.  And what they held

17    was that based on the circuit split and the lack of any insight

18    from the Supreme Court, basically the only thing that's off

19    limits is basing a motion on a defendant's refusal to waive

20    appellate rights.

21              In support of our withholding of the third point, I

22    would point to the Fifth Circuit case, which I cited in my

23    written submission, *Longoria*.  In that case, the Fifth Circuit

24    recognized that in some cases, preparation for a suppression

25    hearing is basically preparation for trial, and that is the
```

```
1   case here.  As Defense Counsel pointed out, the exhibits were
2   all the same, the witnesses were all the same, for the most
3   part, so by having to prepare for the suppression hearing, the
4   Government was basically expending all of its resources to
5   prepare for trial; however, the Court doesn't even really have
6   to wade into that.
7         Just based on the pure timing issue, the Government
8   received no indication, even during and after the Court's
9   ruling on the suppression motions on February 7th, we received
10  no indication that the Defendant was interested in a guilty
11  plea, we had no indication that the Defendant would consider a
12  conditional guilty plea if his motions were denied.  As I
13  mentioned in my brief, that notification didn't come for
14  another several weeks after that.  This suppression hearing
15  occurred the day before the calendar call, at which time that
16  very evening, the Government was in the process of preparing
17  the exhibit list, the jury instructions, everything that was
18  required to be filed before the calendar call in this case, and
19  the Government did not receive word of the continuance request
20  until about 6:00 p.m. that same evening.
21        So it is our position that at the time that we even
22  heard about the continuance, we had already prepared for trial;
23  and therefore, the extra point for acceptance of responsibility
24  isn't appropriate.
25        MS. McCRAE:  If I can respond.
```

```
 1              THE COURT:  Sure.

 2              MS. McCRAE:  I think that last part that the

 3    Government was referring to was the request for the continuance

 4    by the Defendant after the motions hearing, on the same day as

 5    the motions hearing.  It was actually the Government informed

 6    Defense Counsel that Mr. Lusk had tested positive for COVID.

 7    Even though the Defense sat next to him in the court for

 8    proceedings and requested that the marshals make sure that the

 9    jail tested him for COVID, the notification, my understanding,

10    was done to the Court and the Government, and it was actually

11    the Government that called or e-mailed Defense Counsel to

12    inform me of his status.

13              THE COURT:  I think I have heard enough on this

14    issue.

15              MS. McCRAE:  If I could just briefly with respect to

16    the motion to suppress, Your Honor.

17              THE COURT:  I'm going to rule in your favor.  Under

18    the unique circumstances of this case, given the Defendant's

19    COVID positive test and the fact that that prevented Defense

20    Counsel from access to the Defendant for a large period of

21    time, the Court is going to sustain the objection and award the

22    Defendant the timely additional point.

23              I will say that absent that, the Court would have

24    overruled the objection because I do find that the Government

25    essentially prepared for trial via its work for the suppression
```

1    hearing and the various steps it took post hearing in the

2    preparation of those pretrial filings, but again, because of

3    the unique situation with the Defendant's medical condition and

4    Defense Counsel's inability to access her client, I'll sustain

5    that objection, which then would change the advisory guideline

6    range, Ms. Garcia, to what?

7            PROBATION OFFICER:  Your Honor, with the additional

8    one level reduction for acceptance of responsibility, the

9    Defendant's offense level would be reduced to an offense level

10   of 34, and with a criminal history category of five, the

11   advisory guideline range is 235 to 293 months.

12           THE COURT:  235 to 293, did you say?

13           PROBATION OFFICER:  Yes, Your Honor.

14           THE COURT:  And that's as to count two?

15           PROBATION OFFICER:  No, Your Honor, that is to count

16   one.  And then as to count two, that is a mandatory consecutive

17   sentence, so that is not in consideration of that, of count

18   two.  So merely for count one, the advisory guideline range is

19   232 to 293 months.

20           THE COURT:  So 232 to 293.

21           PROBATION OFFICER:  Yes, Your Honor -- I'm sorry,

22   235, 235 to 293 months.

23           THE COURT:  Ms. McCrae, are you in agreement that the

24   revised advisory guideline range reflecting the one additional

25   point for acceptance would be 235 to 293?

```
 1            MS. McCRAE:  Your Honor, I have read the PSI's
 2   reporting of the guideline range before the third point was
 3   accounted for as being the guideline range for both offenses
 4   because I believe that probation was accommodating for the fact
 5   that the ten year mandatory minimum on count two is the same
 6   basis as the Chapter four enhancement that the Court has
 7   applied.
 8            THE COURT:  I'm sensing some confusion, Ms. Garcia,
 9   can you clarify?
10            PROBATION OFFICER:  Yes, Your Honor.  The guidelines
11   are advisory and they produce a guideline range merely as to
12   count one because the statute requires that an additional ten
13   years be imposed to be served consecutive to any sentence
14   imposed in count one.  So the guidelines actually do not take
15   into account the sentence as required by statute and that is in
16   the PSI, and I will point Your Honor to the specific wording
17   for that.
18            In paragraph 20 of the presentence report, it
19   discusses the requirements the statute mandates as to count two
20   and how the guidelines do not take that information into
21   consideration in the calculation.
22            THE COURT:  Okay.  So the 235 to 293 range is as to
23   count one, which is followed by the mandatory ten years as to
24   count two, is that correct?
25            PROBATION OFFICER:  Yes, Your Honor.
```

```
1              THE COURT:  Is there any objection to that
2       calculation, Ms. McCrae?
3              MS. McCRAE:  Yes, Your Honor, I would object that
4       that double counts the basis for the count two conviction
5       because the count two conviction and the conduct that is
6       accounted for in the count two conviction is also the basis for
7       the Chapter four enhancement.  Without that Chapter four
8       enhancement, if you were just running the guidelines under
9       Chapter two and three for count one with a third level of
10      acceptance, the guidelines for count one would be 87 to 108
11      months.
12             And so because of that Chapter four enhancement,
13      because of that prior Florida conviction, the guidelines are
14      getting increased from 87 to 108, all the way to 235 to 293,
15      and so then I think to then also add an additional ten years
16      for count two would be double counting that conduct of that
17      Florida conviction because we are already looking at guidelines
18      that are about triple based on that Chapter four enhancement
19      and it relies solely on that prior Florida conviction.
20             THE COURT:  All right.  But my understanding as
21      specified in paragraph 20 is that the sentence to be imposed on
22      count two must be imposed to run consecutively to any other
23      term of imprisonment, so do you have any legal basis for why
24      you would have had the ten year consecutive on count two?
25             MS. McCRAE:  It would be that that would be double
```

1    counting, Your Honor.  I agree that the law does require the

2    Court to impose the sentence on count two as a ten year

3    consecutive sentence to count one, but I think that the problem

4    is when you are taking the guidelines under Chapters two and

5    three, and roughly doubling them based on the Chapter four

6    enhancement, and then adding an additional ten years for the

7    Chapter two, that we are double counting that prior conviction.

8    It essentially would be increasing his guidelines from around

9    seven and a half years to 30 years.

10             THE COURT:  All right.  Ms. Bergstrom, any argument?

11             If you can get closer to the microphone, please.

12             MS. BERGSTROM:  Sorry, they don't make these for tall

13   people.

14             THE COURT:  If you pull it closer to you.

15             MS. BERGSTROM:  Is that better?

16             THE COURT:  Yes.

17             MS. BERGSTROM:  Only that the language has been the

18   language in the PSI in both this version and the previous

19   version, this is an issue that could have been raised as an

20   objection in writing so that the Government had time to

21   research and brief the issue, it has not been provided with

22   that opportunity.

23             I would argue to the Court that it is a separate

24   offense with a separate sentence called for by statute and that

25   separate offense is not factored into the guidelines as to

1   count one.

2          THE COURT:  All right.  Ms. Garcia, anything further

3   on this issue?

4          PROBATION OFFICER:  No, Your Honor.  I would just

5   correct Defense Counsel's math in the sense that if Chapter

6   four was not applied, the offense level would be 27 and the

7   guideline range would be 120 to 150 months.

8          THE COURT:  As to count one?

9          PROBATION OFFICER:  As to count one, yes, Your Honor.

10          MS. McCRAE:  Your Honor, just finally, I would just

11   like to note, and I understand that probation is pointing to an

12   earlier paragraph, but I think that when we look at the

13   language in part D of the PSI, I don't think that it was

14   identified that the guideline range of the previous 262 to 327

15   was specifically related to only count one as opposed to that

16   was the guideline range in the case, and to the extent that the

17   Government is saying that they have insufficient time to

18   prepare for this objection, it is candidly then my own

19   misreading of what probation intended because when we look at

20   the rest of the sentencing options, they discuss based on

21   counts; this is the information for count one, this is the

22   information for count two, whereas with this guideline

23   provision, there is no distinction that this is the guideline

24   provision that applies to count one.  So to the extent that the

25   Government is saying that they haven't had sufficient

1    opportunity to prepare, I would ask that we adjourn the

2    proceedings and allow the parties to brief the issue.

3            THE COURT:  All right.  I'm going to overrule this

4    untimely objection.  Number one, it's untimely.  I think the

5    PSI very clearly specifies, at paragraph 92, that the ten year

6    term of imprisonment must run consecutive in addition to the

7    guideline range on count one, so I don't think this is an issue

8    that was confusing or otherwise ambiguous in the PSI, it should

9    have been raised.

10           In any event, on the merits, I think although Defense

11   Counsel has raised basically what amounts to an unfairness

12   concern in the significant increase that this presents in

13   Defendant's sentencing exposure, there is no legal reason in

14   support of the objection.  The consecutive sentence is clearly

15   premised on the language of the various legal provisions

16   specified at paragraph 20 and paragraph 92 of the PSI.

17           So for those reasons, I'm going to now calculate the

18   advisory guideline range in this case.  Before I do that, let

19   me just clarify, Ms. McCrae, are there any other legal

20   objections to the PSI?

21           MS. McCRAE:  Just with respect to the conditions for

22   supervision, Your Honor.

23           THE COURT:  That's correct, okay.  We will get to

24   that in a minute, I just want to calculate the guideline range.

25           So the guideline range, having granted the Defense

```
 1   objection to the one point for timely acceptance, is 235 months

 2   to 293 months as to count one, followed by ten years

 3   consecutive for count two.  This stems from a total offense

 4   level of 34 and a criminal history category of five, the 34

 5   offense level, again, applies to the count one advisory

 6   guideline range.

 7        The PSI recommends supervised release range of five

 8   years to life, a fine range of 40,000 to 400,000, although no

 9   fine is recommend; a special assessment of $200 for each of

10   counts one and two; and the potential JVTA assessment under

11   Title 18, United States Code Section 3014, although no such

12   assessment is recommend.

13        Other than the objections already raised, Ms. McCrae,

14   do you have any objections to the calculations just set forth

15   on the record?

16        MS. McCRAE:  No, Your Honor.

17        THE COURT:  Anything from the Government?

18        MS. BERGSTROM:  No, Your Honor.

19        THE COURT:  Okay.

20        Let's turn now to the various conditions of

21   supervised release.  I understand there are objections to four

22   of those conditions, paragraphs 105, 107, 108 and 110.

23        Let's start first with the no contact with minors,

24   which states, as currently written, "The Defendant shall have

25   no personal mail, telephone or computer contact with
```

1    children/minors under the age of 18 or with the victims."

2              Ms. McCrae, what is your objection to that provision?

3              MS. McCRAE:  Your Honor, we would object to that

4    provision as being overly broad and not related to the

5    circumstances of this criminal offense.

6              As the Court is aware, Mr. Lusk does have minor

7    children and I think that a blanket restriction that not only

8    restricts his in person meeting, but also communication,

9    whether it be direct or indirect, with these individuals, I

10   think goes too far and would infringe on his ability to

11   potentially be able to repair his relationship with his minor

12   children.

13             I think particularly when you are talking about the

14   lengthy prison term that is going to be imposed, we are looking

15   at someone who is going to be released in a much different

16   position than he is now, and that this restriction is

17   overbroad, Your Honor.

18             THE COURT:  All right.  Any argument in response,

19   Ms. Bergstrom?

20             MS. BERGSTROM:  Your Honor, I'll rest on my written

21   submission.

22             THE COURT:  All right.  I think this condition is

23   clearly appropriate and clearly related to the statutory

24   factors listed in section 3553(a).  This Defendant has now a

25   very documented history of soliciting minors for illegal sexual

1    activity.  I think it's imperative that minors be protected

2    from this sort of conduct, and that this Defendant in

3    particular be deterred from any such impropriety, so I find no

4    problem whatsoever with this condition, which I think is

5    clearly in service of the statutory factors.

6          Let's move on to the data encryption restriction,

7    which is paragraph 107.  Ms. McCrae, what is your objection to

8    that?

9          MS. McCRAE:  Your Honor, I think that data encryption

10   is present in many different programs embedded in the

11   background, I think that when an individual uses the internet

12   to make purchases online or I think even to submit job

13   applications, when you are submitting an application that needs

14   to be encrypted that there are reasons that an individual who

15   is using the internet needs to be able to use encryption

16   techniques or programs, as opposed to the downloading of a

17   program that is going to be encrypting the information on the

18   device, I think that it's common in computer use to have to use

19   data encryption.

20         THE COURT:  All right.  Ms. Bergstrom?

21         MS. BERGSTROM:  Your Honor, it is the Government's

22   position that while the Defendant is on supervised release, at

23   least initially, he should not be using the internet or a

24   computer or a cellphone; and therefore, any restriction on his

25   data encryption would not further infringe on his liberty.

1          THE COURT:  But assuming he didn't have the other

2     restrictions, what is your argument on the merits in support of

3     paragraph 107?

4          MS. BERGSTROM:  Your Honor, both the Defendant's

5     current offense conduct and his prior conviction involve the

6     use of the internet and a cellphone to essentially entice a

7     minor for sex.  The Defendant spoke at length with the

8     undercover detective about hiding the conversations from his

9     probation officer, it was clearly something that was in his

10    mind.

11         If the Defendant wants to reoffend, he knows how and

12    I believe that data encryption would be a way for him to do so

13    in the future, so we believe it is appropriate to include that

14    restriction on the Defendant.

15         THE COURT:  Thank you.  Ms. Garcia, does probation

16    wish to add anything on the substance of the data encryption

17    restriction?

18         PROBATION OFFICER:  Yes, Your Honor.  The probation

19    office cannot guaranty the type of supervision that the Court

20    is generally offered when a Defendant convicted of a sex

21    offense is placed on sex offender probation.  If data

22    encryption is allowed, we have no way to successfully monitor

23    that type of internet usage.

24         I would note two things.  We have come across this

25    situation before and the Defendant, although his shopping

Monday, June 13, 2022

```
 1   privileges may not be the same as one who is allowed to use it,
 2   the probation office will assist him in completing job
 3   applications if it's required to be done online.  With respect
 4   to that issue, we have a process in which we will not
 5   acknowledge -- you know, understand his situation in not being
 6   able to do some of the basic things, and our office can help
 7   him with that and by doing it for him or with him in the safe
 8   confines of the supervised release, but if he is allowed to use
 9   data encryption, then we cannot guarantee adequate supervision
10   for the Court.
11           THE COURT:  All right.  I'm going to find that
12   paragraph 107, the data encryption restriction, is also
13   warranted.  Such type of encryption would make it easier for
14   the Defendant, if he did reoffend, which he has a history of
15   doing, to hide his communications with children by encrypting
16   such data; and therefore, making it much harder for probation
17   to monitor his activities.
18           For those reasons, again, to protect the public from
19   further crimes of the Defendant and to deter the Defendant from
20   such criminal conduct, in light of the nature and circumstances
21   of the instant offense and the characteristics of the
22   Defendant, the Court will impose paragraph 107 as written, the
23   data encryption restriction.
24           That leaves us now with paragraphs 105 and 108,
25   Ms. McCrae.
```

1          MS. McCRAE:  Your Honor, with respect to both of

2    these provisions, it is the Defense's position that these are

3    overbroad and given the Court's ruling that Mr. Lusk would not

4    be able to use any encryption program and probation's argument

5    that that's what they need in order to be able to monitor his

6    computer use, we would argue that a blanket restriction on

7    computer possession or use, allowed only with Court exceptions

8    for only work purposes and no personal purposes, that we would

9    say that these conditions are both overbroad with respect to

10   fashioning a sentence that is sufficient, but not greater than

11   necessary.

12          THE COURT:  All right.  Ms. Bergstrom?

13          MS. BERGSTROM:  Your Honor, for pretty much the same

14   reasons; the nature of the offense and the Defendant's

15   characteristics, both of these offenses -- both this offense

16   and the Defendant's previous offense involved the use of a

17   computer, involved the use of a cellphone.  There are

18   cellphones that the Defendant or a landline that the Defendant

19   could get that don't have internet capabilities, so if he needs

20   to make calls or receive calls, he would be able to do so, I

21   guess with probation's agreement.  And so at this time, we

22   believe that the Defendant should be prohibited from accessing

23   a computer and accessing a cellphone until at a later date,

24   perhaps, he petitions the Court for relief from those

25   provisions.

```
 1          THE COURT:  All right.  Ms. Garcia, anything to add
 2   with respect to paragraphs 105 or 108?
 3          PROBATION OFFICER:  Nothing that hasn't already been
 4   said, Your Honor.  I would agree that there are televisions and
 5   telephones that the Defendant would be able to use to have kind
 6   of that standard of living met.  He would have access to
 7   communication with others by way of like a flip phone, so
 8   cellphones don't have the internet.
 9          Also we know, at least in this case, there is at
10   least a minimum ten year sentence, and in ten years, many
11   things could change and so we would just tell the Court as of
12   right now, we need these conditions to afford adequate
13   supervision; however, in ten years, if there was any changes,
14   our officers are working closely with the Courts to ask for
15   specific modifications, ones that we may not know of right now,
16   but we are open to in the future, and if that's something that
17   the Court should consider, that's something that we would
18   approach with supervision after the Defendant's release.
19          THE COURT:  All right.  I'm going to rule as follows
20   on paragraphs 105, and 108:  I think the Defendant has
21   demonstrated himself very willing to use computers and the
22   internet to attempt to abuse children in deplorable ways, and I
23   think based on the nature and circumstances of the instant
24   offense and the Defendant's history and characteristics, these
25   two conditions are warranted, although I will modify them as
```

```
 1   follows to address any potential overbreadth concern.

 2              Paragraph 105, which currently states, "The Defendant

 3   shall not possess or use any computer, except that the

 4   Defendant may, with the prior approval of the Court, use a

 5   computer in connection with authorized employment," it will now

 6   state:  "The Defendant shall not possess or use any computer

 7   except that the Defendant may seek approval of the Court to use

 8   a computer."

 9              I think that adequately will address any potential

10   needs by the Defendant in the future to use a computer or the

11   internet; and therefore, avoid any issues with potential

12   overbreadth as to the computer restriction.

13              The same applies to the computer modem restriction,

14   which at this point already contains the caveat that the

15   Defendant may seek approval for such use by petitioning the

16   Court.  So with that clarification as to paragraph 105, I think

17   we have resolved the supervised release conditions.

18              Anything further, Ms. McCrae?

19              MS. McCRAE:  No, Your Honor.

20              THE COURT:  Anything further, Ms. Bergstrom?

21              MS. BERGSTROM:  No, Your Honor.

22              THE COURT:  Anything else from probation?

23              PROBATION OFFICER:  No, Your Honor.

24              THE COURT:  Okay.  All right, having addressed all of

25   the unresolved objections to the PSI, the Court will adopt it
```

1   in full with the clarifications made on the record, along with

2   the calculations previously set forth on the record and proceed

3   to hear argument from the parties on an appropriate sentence,

4   starting with the Government.

5          MS. BERGSTROM:  Thank you, Your Honor.

6          The Government is recommending a sentence at the high

7   end of the guideline range.  We believe that the nature and

8   circumstances of the offense, as well as the Defendant's

9   characteristics justify such a sentence.

10          Your Honor, any case involving sex offenses against

11   minors is egregious, but what makes this particular situation a

12   high end offense is not only that it is a repeat sex offense

13   against minors, but it occurred within only a few weeks of the

14   Defendant's release from his prior prison sentence.

15          It was less than a month after the Defendant was

16   released from the Florida Department of Corrections to when he

17   began communicating with an undercover agent that he believed

18   was a 15-year-old girl.  These communications were almost

19   instantly sexual, there is no misinterpretation of the

20   Defendant's motives and communications.

21          This was not a one time lapse in judgment, this

22   wasn't a drunken mistake one night.  The communications with

23   the undercover officer occurred over the course of almost a

24   month, they were sexual in nature for almost that entire time,

25   and nowhere in those communications is there any hesitation on

1    the part of the Defendant to try to get this girl to send him

2    sexually explicit photos or videos.

3           There is no indication in those conversations that

4    the Defendant thought his behavior was wrong or that he

5    shouldn't be doing what he was doing.  His only concern was

6    hiding his crimes from his probation officer and making sure

7    that the girl didn't text him when probation was stopping by.

8           The fact that he does not recognize that his behavior

9    is wrong makes him a significant risk to reoffend, which he has

10   demonstrated in this case; therefore, there is a substantial

11   need for deterrence, there is a substantial need to protect the

12   public from the Defendant, and there is a substantial need to

13   promote respect for the law.  It is the Government's position

14   that only a high end sentence would accomplish all of those

15   goals.

16          Thank you.

17          THE COURT:  Thank you.

18          Ms. McCrae.

19          MS. McCRAE:  Your Honor, we are requesting that the

20   Court impose the statutory mandatory minimums in this case, so

21   that would be a combined sentence of 240 months, so that would

22   be ten years as to count one with ten years running

23   consecutively as to count two.

24          The guidelines -- and forgive me.  In my previous

25   argument when I was saying that they were tripled by the

1   Chapter four enhancement, I was also looking at the fact that

2   the short period of time between his release from the prior

3   offense and this occurring, the fact that that is already being

4   accounted for in the guidelines by increasing his criminal

5   history category from a level three to a level five.

6         So when I was saying that the Chapter four resulted

7   in the tripling of the guidelines, it is actually both the

8   Chapter four and that he was under a criminal justice sanction

9   at the time of the offense that triples those guidelines.

10        And so I think that -- and also it not only triples

11  the guidelines, but also results in that second consecutive ten

12  year mandatory minimum being required by the Court.

13        And so I think that the issue is that what we see in

14  this case is that prior conviction sort of snowballing the

15  intended guideline range and the possible sentencing range, and

16  if it were not for that prior conviction, if this was -- if

17  this was the first of this sort of nature of offense that

18  Mr. Lusk was facing, then the guidelines would be about one

19  third of where they are at, we would be looking at a sentence

20  of under ten years.

21        And so to go all the way to a sentence of 20 years is

22  already sufficiently accounting for the nature of that prior

23  conviction, as well as the timing of that prior conviction.

24        You know, the issue with both of these counts that

25  Mr. Lusk is charged with is that they cover a broad range of

```
 1    criminal conduct, and it's important for the Court, in order to
 2    assure that similar defendants are sentenced similarly, but
 3    also dissimilar defendants are sentenced dissimilarly.  When
 4    you look at the underlying nature of either of these
 5    convictions, Mr. Lusk's prior and the current offenses before
 6    the Court, we are dealing with offenses that did not actually
 7    involve any minors.  So when you look at the harm that occurred
 8    in these cases, there was not an actual minor who was
 9    contacted.
10           I think it is also important, when Your Honor is
11    considering this case, is that Mr. Lusk did not make any
12    attempts to actually meet up with the fictitious online
13    character that the undercover officer was posing as.  In fact,
14    the undercover officer even created a situation in the context
15    of the chats if Mr. Lusk was inclined to meet up with the
16    fictitious teenager that Mr. Lusk did not take the agent up on.
17           Specifically, the agent began conversations one day
18    asking, How is your day?
19           Mr. Lusk said, It's been good and yours?  Just busy.
20           The undercover officer response, Was okay.  And then
21    the undercover responds, "Excited for Monday.  Well, Sunday and
22    Monday.
23           And Mr. Lusk asks, "Oh, really.  Why is that, babe?
24           And the undercover officer says, "My mom is going out
25    of town Saturday night for work and comes back Monday
```

```
 1   afternoon.

 2           So I think this is clearly an attempt by the agent to

 3   create the opportunity, if Mr. Lusk wanted to try to meet up

 4   with the fictitious minor, to make attempts to do so because

 5   the undercover is reporting that they are going to be

 6   unsupervised for a day and a half, and what we don't see is

 7   Mr. Lusk actually making any attempts to meet up with the

 8   undercover officer or explain why he can't meet up with her.

 9   There is just no actual action taken on that bait that the

10   undercover officer created.

11           Although understandably, the Government wants the

12   Court to focus on the short period of time that occurred from

13   Mr. Lusk's release from his state sentence until the alleged

14   conduct in this case, but what I think is important for the

15   Court to focus on is that Mr. Lusk never actually got the

16   benefit of starting sex offender treatment because of the short

17   period of time.

18           That will not be the case for Your Honor's sentence

19   because Mr. Lusk will actually be beginning sex offender

20   treatment while he is incarcerated with the Bureau of Prisons.

21   So after this period of incarceration, which is already

22   required to be lengthy, at least 20 years, Mr. Lusk will be

23   released in a much different position than he was released by

24   state authorities, who had not either begun that treatment or

25   put in place treatment for him.
```

1              What we see, although it was a short period of time,

2       was Mr. Lusk making strides to try to reintegrate himself into

3       society.  We saw him successfully registering, although he

4       began as homeless, he obtained housing, he obtained a job, he

5       was able to purchase a vehicle so that he could have

6       transportation to get to work, and I think that when Mr. Lusk

7       completes the already lengthy sentence that the Court is going

8       to have to impose on him, he is going to be able to again make

9       those strides, but again, be in a much different position

10      because he will already have begun his treatment.

11             He has recently reconnected with a sister of his, and

12      we are hopeful that that family relation will continue to be

13      fostered while he is incarcerated so that will be part of his

14      support structure when he is released.

15             I think it is notable in Mr. Lusk's past that he did

16      voluntarily join the U.S. Army, did voluntarily serve this

17      country.  Fortunately for him, when he gets released, he will

18      be able to get plugged back into services with the V.A.  He had

19      voluntarily sought treatment from the V.A. upon his release,

20      but it had been delayed just because he was trying to figure

21      out where those services were available.  He is now more able

22      to connect to those services, and will be in a better position

23      upon his release from this period of incarceration, Your Honor.

24             I think even though the Court has to impose the

25      sentence on count two to be consecutive to count one, I think

```
 1   the Court can consider the fact that you are going to impose

 2   that ten year sentence on count two when you determine what the

 3   appropriate sentence is on count one, and that's why we are

 4   asking the Court to take that entire sentence into

 5   consideration and have the sentence on count one be just the

 6   ten years, so that the overall sentence from the Court is 240

 7   months, which would be within that guideline range that

 8   probation is applying to count one, the 235 to 293, and so this

 9   sort of sentence, you know, addresses the Defense's argument

10   that this was double counting for the conviction on count two

11   and the basis of the conviction on count two being applied

12   separately from the Chapter four enhancement.

13            Thank you, Your Honor.

14            THE COURT:  All right.  Thank you.

15            Mr. Lusk, you have an opportunity to address the

16   Court, if you wish at this time, although you are not required

17   to make a statement.

18            THE DEFENDANT:  No, Your Honor.

19            THE COURT:  All right.  Thank you, sir.

20            Anything further from the Government?

21            MS. BERGSTROM:  No, Your Honor.  Thank you.

22            THE COURT:  Anything further from probation?

23            PROBATION OFFICER:  No, Your Honor.  Thank you.

24            THE COURT:  Anything further from Ms. McCrae?

25            MS. McCRAE:  No, Your Honor, thank you.
```

```
 1          THE COURT:  The Court has considered the statements
 2   of all parties, the presentence report, which contains the
 3   advisory guidelines and the statutory factors set forth in
 4   Title 18, United States Code section 3553(a).
 5          A sentence will be imposed within and at the low end
 6   of the advisory guideline range as calculated by the Court.
 7   The Court finds such a sentence to serve the statutory factors
 8   in Title 18, United States Code Section 3553(a).
 9          Clearly this Defendant needs to be substantially
10   deterred from his deplorable conduct, soliciting sex with
11   minors, something which he has now done repeatedly.  He
12   committed this offense as undisputed within a very short period
13   of time of being released from state custody for a similar
14   offense.
15          The nature of the communications in this case are
16   highly disturbing.  The Court reviewed them at length in its
17   consideration of the pretrial motions.  The Court also notes
18   the Defendant's attempts to conceal his sex offender status, as
19   illustrated in those communications, so the Defendant well knew
20   what he was doing.  And although the Defendant did register as
21   a sex offender, he did so incompletely to be sure because he
22   omitted the social media applications or at least part of them.
23          So for those reasons, I do believe that the Defendant
24   does require significant deterrence and that the public must be
25   protected from further crimes of the Defendant.
```

1          Having considered all of those factors, it is the

2   judgment of the Court that the Defendant, Joseph Furey Lusk, is

3   committed to the Bureau of Prisons to be imprisoned for a total

4   of 355 months.  The term consists of 235 months as to count one

5   and 120 months as to count two to be served consecutively.

6          It is the finding of the Court that the Defendant is

7   not able to pay a fine or the JVTA assessment under Title 18,

8   United States Code Section 3014.

9          Upon release from imprisonment, the Defendant shall

10  be placed on supervised release for a term of life.  This term

11  consists of life as to counts one and two, both such terms to

12  run concurrently.  Within 72 hours of release from the custody

13  of the Bureau of Prisons, the Defendant shall report in person

14  to the probation office in the district to which the Defendant

15  is released.

16         While on supervised release, the Defendant shall

17  comply with the mandatory and standard conditions of supervised

18  release, which include not committing any crimes, being

19  prohibited from possessing a firearm or other dangerous device,

20  not unlawfully possessing a controlled substance, and

21  cooperating in the collection of DNA.

22         The Defendant also shall comply with the following

23  special conditions:  Mental health treatment, computer

24  possession restriction as clarified by the Court on the record

25  today, permissible computer examination, data encryption

```
 1    restriction, computer modem restriction, employer computer
 2    restriction disclosure, no contact with minors, no involvement
 3    in youth organizations, sex offender treatment, restricted from
 4    possession of sexual materials, the Adam Walsh search
 5    condition, sex offender registration and unpaid restitution,
 6    fines, or special assessments as noted in part F of the
 7    presentence report.
 8              It is further ordered that the Defendant shall pay
 9    immediately to the United States a special assessment of $100
10    as to each of counts one and two for a total of $200.
11              The total sentence is, therefore, 355 months
12    imprisonment, life supervised release, and a $200 special
13    assessment.
14              Now that sentence has been imposed, does the
15    Defendant or his Counsel object to the Court's finding of fact
16    or to the manner in which sentence was pronounced?
17              MS. McCRAE:  Yes, Your Honor, we would object that
18    the sentence is procedurally and substantively unreasonable.  I
19    also have two requests as far as recommendations for the Court
20    if the Court would be inclined to hear them at this time.
21              THE COURT:  In just one moment.
22              Sir, you have the right to appeal the sentence
23    imposed.  Any notice of appeal must be filed within 14 days
24    after the entry of the judgment.  If you are unable to pay the
25    cost of an appeal, you may apply for leave to appeal in forma
```

1   pauperis.

2          What are your requests, Ms. McCrae?

3          MS. McCRAE:  Your Honor, we would request that the

4   Court recommend to the Bureau of Prisons that Mr. Lusk be able

5   to serve his sentence at Coleman or as close to the Middle

6   District of Florida as possible.

7          Additionally --

8          THE COURT:  What is the basis for that request?

9          MS. McCRAE:  Your Honor, the Coleman facility has a

10  number of different security levels that are available at it,

11  so it is able to accommodate people kind of on a wide spectrum

12  of security designations by the Bureau of Prisons.  However,

13  its location in the Middle District of Florida would also

14  assist Mr. Lusk with establishing and maintaining contact with

15  his sister.  It is also the area that Mr. Lusk is hoping that

16  he will be able to be supervised in when he begins his

17  supervised release, since that is the area he relocated to

18  prior to his arrest in this case.

19         THE COURT:  As to his request, I'll deny it insofar

20  as it seeks a specific facility.  The Court believes BOP is in

21  a better position to determine the precise degree of facility

22  warranted for particular offenders based on its expertise, but

23  the Court will make a recommendation insofar as it is

24  geographical in nature for the reasons stated by Defense

25  Counsel.

1          What is your next request?

2          MS. McCRAE:  Your Honor, secondly, we would ask that

3    the Court recommend to BOP that Mr. Lusk begin to serve his

4    sense immediately, so that it will begin today, the day that it

5    was imposed.

6          THE COURT:  Is there any doubt that it would not?

7          MS. McCRAE:  My only concern is because he was

8    brought over here on a writ from Martin County, the Martin

9    County case has since been dismissed, so I think that should

10   have shifted him to primary federal custody, in which case it

11   is automatic that his sentence would begin today.  I just don't

12   know if the existence of an outstanding warrant from a

13   different county, Putnam County, could result in him being

14   viewed as still being in state custody.

15         If that were to happen, if the other county, Putnam

16   County, goes forward with their case, then -- and he receives a

17   sentence of imprisonment in that case, he would have to serve

18   that state sentence first.  But we are just asking that the

19   Court allow, in this situation, that Mr. Lusk's federal

20   sentence at least begins today, so that way he knows that he is

21   working towards that 355 month sentence, Your Honor.

22         THE COURT:  All right.  I'll grant that

23   recommendation.  So the two recommendations are that the

24   Defendant be placed in a facility in or near the Middle

25   District of Florida; and secondly, that his sentence commence

```
 1   immediately following entry of the judgment in this case, which

 2   will happen today.

 3           All right.  Anything further from the Government?

 4           MS. BERGSTROM:  No, Your Honor, thank you.

 5           THE COURT:  Anything from probation?

 6           PROBATION OFFICER:  No, Your Honor.  Thank you.

 7           THE COURT:  Anything further from the Defense?

 8           MS. McCRAE:  No, Your Honor.

 9           THE COURT:  All right.  May God bless you, sir.

10           The Court is in recess.

11           THE COURTROOM DEPUTY:  All rise.

12       (PROCEEDINGS ADJOURNED AT 11:10 A.M.)

13

14                    C-E-R-T-I-F-I-C-A-T-E

15           I hereby certify that the foregoing is

16       an accurate transcription and proceedings in the

17       above-entitled matter.

18
     8/8/2022                    /s/DIANE MILLER
19   DATE                  DIANE MILLER, RMR, CRR, CRC
                           Official Court Reporter
20                         United States District Court
                           101 South U.S. Highway 1
21                         Fort Pierce, FL  34950
                           772-467-2337
22

23

24

25
```

Monday, June 13, 2022

**MS. BERGSTROM:**
**[16]** 2/4 3/9 8/1 12/7
18/12 18/15 18/17 21/18
22/20 23/21 24/4 26/13
28/21 29/5 35/21 41/4
**MS. McCRAE: [33]**
2/10 3/6 4/1 4/24 5/12
5/15 5/20 7/15 7/22 9/4
11/21 12/3 13/25 14/2
14/15 16/1 17/3 17/25
19/10 20/21 21/16 22/3
23/9 26/1 28/19 30/19
35/25 38/17 39/3 39/9
40/2 40/7 41/8
**PROBATION**
**OFFICER: [15]** 2/16
5/2 15/7 15/13 15/15
15/21 16/10 16/25 19/4
19/9 24/18 27/3 28/23
35/23 41/6
**THE COURT: [65]**
**THE COURTROOM**
**DEPUTY: [2]** 2/2 41/11
**THE DEFENDANT:**
**[3]** 3/13 3/17 35/18

**$**

**$100 [1]** 38/9
**$200 [3]** 21/9 38/10
38/12

**/**

**/s/DIANE [1]** 41/18

**1**

**101 [3]** 1/15 1/23 41/20
**105 [6]** 21/22 25/24 27/2
27/20 28/2 28/16
**107 [5]** 21/22 23/7 24/3
25/12 25/22
**108 [6]** 17/10 17/14
21/22 25/24 27/2 27/20
**110 [1]** 21/22
**117 [1]** 8/5
**11:10 [1]** 41/12
**120 [2]** 19/7 37/5
**13 [1]** 1/7
**1364 [1]** 12/12
**14 [1]** 38/23
**14036 [1]** 2/2
**15-year-old [1]** 29/18
**150 [1]** 19/7
**18 [6]** 2/22 21/11 22/1
36/4 36/8 37/7
**1996 [1]** 5/5
**1997 [1]** 5/6
**1st [1]** 5/3

**2**

**20 [5]** 16/18 17/21 20/16
31/21 33/22
**20-CR-14036-CANNON**
**[1]** 1/3
**2020 [1]** 12/12
**2022 [3]** 1/7 5/3 41/18

**21 [1]** 4/4
**21-CR-14036 [1]** 2/2
**232 [2]** 15/19 15/20
**2337 [2]** 1/24 41/21
**235 [10]** 15/11 15/12
15/22 15/22 15/25 16/22
17/14 21/1 35/8 37/4
**240 [2]** 30/21 35/6
**262 [1]** 19/14
**27 [2]** 5/18 19/6
**293 [10]** 15/11 15/12
15/19 15/20 15/22 15/25
16/22 17/14 21/2 35/8

**3**

**30 [1]** 18/9
**3014 [2]** 21/11 37/8
**3100 [1]** 1/15
**327 [1]** 19/14
**33401 [2]** 1/16 1/20
**34 [3]** 15/10 21/4 21/4
**34950 [2]** 1/24 41/21
**355 [3]** 37/4 38/11 40/21
**3553 [4]** 2/23 22/24 36/4
36/8
**3E1.1 [1]** 9/2

**4**

**40,000 [1]** 21/8
**400,000 [1]** 21/8
**450 [1]** 1/19
**467-2337 [1]** 1/24
**49 [1]** 1/8
**4B [1]** 8/14

**5**

**500 [1]** 1/19

**6**

**62 [2]** 3/21 5/19
**62-1 [1]** 4/21
**6:00 [1]** 13/20

**7**

**72 [1]** 37/12
**77 [1]** 4/3
**772 [1]** 1/24
**772-467-2337 [1]** 41/21
**7th [2]** 12/1 13/9

**8**

**8/8/2022 [1]** 41/18
**847.0135 [1]** 8/14
**87 [2]** 17/10 17/14

**9**

**92 [2]** 20/5 20/16
**980 [1]** 12/12
**9th [1]** 12/4

**A**

**A.M [1]** 41/12
**ability [1]** 22/10
**able [22]** 4/10 5/8 9/24
10/3 10/6 11/23 11/24
22/11 23/15 25/6 26/4
26/5 26/20 27/5 34/5

34/8 34/18 34/21 37/7
39/4 39/11 39/16
**about [7]** 12/13 13/20
13/22 17/18 22/13 24/8
31/18
**above [1]** 41/17
**above-entitled [1]** 41/17
**absent [1]** 14/23
**abuse [1]** 27/22
**acceptance [8]** 9/16 11/5
11/15 13/23 15/8 15/25
17/10 21/1
**access [3]** 14/20 15/4
27/6
**accessing [2]** 26/22
26/23
**accommodate [1]** 39/11
**accommodating [1]** 16/4
**accomplish [1]** 30/14
**According [1]** 5/4
**account [1]** 16/15
**accounted [3]** 16/3 17/6
31/4
**accounting [1]** 31/22
**accurate [1]** 41/16
**achieve [1]** 2/21
**acknowledge [1]** 25/5
**acknowledged [1]** 11/9
**across [1]** 24/24
**action [1]** 33/9
**activities [1]** 25/17
**activity [1]** 23/1
**acts [1]** 8/9
**actual [2]** 32/8 33/9
**actually [13]** 6/6 7/4 7/7
9/7 14/5 14/10 16/14
31/7 32/6 32/12 33/7
33/15 33/19
**Adam [1]** 38/4
**add [3]** 17/15 24/16 27/1
**addenda [1]** 3/23
**addendum [1]** 4/21
**adding [1]** 18/6
**addition [1]** 20/6
**additional [10]** 3/14
5/13 9/2 11/17 14/22
15/7 15/24 16/12 17/15
18/6
**Additionally [1]** 39/7
**address [3]** 28/1 28/9
35/15
**addressed [1]** 28/24
**addresses [1]** 35/9
**adequate [2]** 25/9 27/12
**adequately [1]** 28/9
**adjourn [1]** 20/1
**ADJOURNED [1]** 41/12
**adjudicated [1]** 3/2
**adopt [1]** 28/25
**adult [4]** 6/18 6/21 7/7
8/8
**advisory [9]** 15/5 15/11
15/18 15/24 16/11 20/18
21/5 36/3 36/6
**afford [1]** 27/12
**AFPD [1]** 1/18

**after [9]** 7/21 10/2 13/8
13/14 14/4 27/18 29/15
33/21 38/24
**afternoon [1]** 33/1
**again [7]** 8/6 10/22 15/2
21/5 25/18 34/8 34/9
**against [2]** 29/10 29/13
**age [1]** 22/1
**agent [6]** 2/7 10/12
29/17 32/16 32/17 33/2
**agree [2]** 18/1 27/4
**agreed [1]** 10/7
**agreement [5]** 3/1 3/1
11/13 15/23 26/21
**AILEEN [1]** 1/11
**all [35]** 3/7 3/18 4/20
5/16 7/24 8/11 11/21
12/5 13/2 13/2 13/4
17/14 17/20 18/10 19/2
20/3 22/18 22/22 23/20
25/11 26/12 27/1 27/19
28/24 28/24 30/14 31/21
35/14 35/19 36/2 37/1
40/22 41/3 41/9 41/11
**alleged [1]** 33/13
**allegedly [1]** 6/7
**allow [2]** 20/2 40/19
**allowed [4]** 24/22 25/1
25/8 26/7
**almost [4]** 11/13 29/18
29/23 29/24
**along [1]** 29/1
**already [11]** 10/23 13/22
17/17 21/13 27/3 28/14
31/3 31/22 33/21 34/7
34/10
**also [18]** 5/5 7/3 8/5 17/6
17/15 22/8 25/12 27/9
31/1 31/10 31/11 32/3
32/10 36/17 37/22 38/19
39/13 39/15
**although [11]** 9/9 20/10
21/8 21/11 24/25 27/25
33/11 34/1 34/3 35/16
36/20
**ambiguity [1]** 11/11
**ambiguous [1]** 20/8
**AMERICA [1]** 1/4
**amount [1]** 10/9
**amounts [1]** 20/11
**analogue [1]** 8/22
**analysis [3]** 5/24 7/17
8/13
**another [1]** 13/14
**any [35]** 3/4 3/8 3/14
3/24 5/10 7/13 7/15
10/10 12/17 16/13 17/1
17/22 17/23 18/10 20/10
20/19 21/14 22/18 23/3
23/24 26/4 27/13 28/1
28/3 28/6 28/9 28/11
29/10 29/25 32/7 32/11
33/7 37/18 38/23 40/6
**anything [14]** 8/3 19/2
21/17 24/16 27/1 28/18
28/20 28/22 35/20 35/22

35/24 41/3 41/5 41/7
**apologize [1]** 4/24
**appeal [4]** 38/22 38/23
38/25 38/25
**APPEARANCES [1]**
1/14
**appellate [1]** 12/20
**application [1]** 23/13
**applications [3]** 23/13
25/3 36/22
**applied [3]** 16/7 19/6
35/11
**applies [3]** 19/24 21/5
28/13
**apply [1]** 38/25
**applying [1]** 35/8
**approach [1]** 27/18
**appropriate [6]** 2/21
13/24 22/23 24/13 29/3
35/3
**approval [3]** 28/4 28/7
28/15
**are [44]**
**area [2]** 39/15 39/17
**argue [4]** 6/13 9/5 18/23
26/6
**argument [11]** 5/19 6/15
7/25 9/3 18/10 22/18
24/2 26/4 29/3 30/25
35/9
**Army [3]** 4/5 4/10 34/16
**around [1]** 18/8
**arrest [1]** 39/18
**as [77]**
**ask [4]** 11/7 20/1 27/14
40/2
**asking [3]** 32/18 35/4
40/18
**asks [1]** 32/23
**asserts [1]** 11/16
**assessment [6]** 21/9
21/10 21/12 37/7 38/9
38/13
**assessments [1]** 38/6
**assist [2]** 25/2 39/14
**assume [1]** 12/1
**assumed [1]** 10/11
**assuming [1]** 24/1
**assumption [2]** 6/20
6/21
**assure [1]** 32/2
**attempt [6]** 4/13 5/6
6/12 6/24 27/22 33/2
**attempted [3]** 4/9 6/4
6/14
**attempting [2]** 6/5 8/20
**attempts [4]** 32/12 33/4
33/7 36/18
**attest [1]** 4/7
**attorney [2]** 1/15 3/16
**AUSA [1]** 1/14
**Australian [1]** 1/19
**authorities [1]** 33/24
**authority [3]** 7/13 7/15
7/18
**authorization [1]** 10/6

**A**

authorized [1] 28/5
automatic [1] 40/11
available [2] 34/21
39/10
Avenue [1] 1/19
avoid [1] 28/11
award [1] 14/21
awards [1] 4/5
aware [3] 3/4 3/7 22/6

**B**

babe [1] 32/23
back [2] 32/25 34/18
background [1] 23/11
backlog [1] 4/12
backlogged [1] 4/14
bait [1] 33/9
based [9] 12/9 12/15
12/17 13/7 17/18 18/5
19/20 27/23 39/22
basic [1] 25/6
basically [4] 12/18 12/25
13/4 20/11
basing [1] 12/19
basis [7] 9/5 16/6 17/4
17/6 17/23 35/11 39/8
be [74]
Beach [1] 1/20
because [21] 4/16 6/8
6/23 7/9 9/21 14/24 15/2
16/4 16/12 17/5 17/12
17/13 17/17 19/19 33/4
33/16 33/19 34/10 34/20
36/21 40/7
been [10] 6/23 18/17
18/19 18/21 20/9 27/3
32/19 34/20 38/14 40/9
before [8] 1/11 2/11
13/15 13/18 16/2 20/18
24/25 32/5
began [3] 29/17 32/17
34/4
begin [3] 40/3 40/4
40/11
beginning [1] 33/19
begins [2] 39/16 40/20
begun [3] 33/24 34/10
behalf [2] 2/11 2/17
behavior [2] 30/4 30/8
being [12] 6/9 6/22 16/3
22/4 25/5 31/3 31/12
35/11 36/13 37/18 40/13
40/14
belief [1] 1/2
believe [10] 6/14 8/2 9/2
12/4 16/4 24/12 24/13
26/22 29/7 36/23
believed [1] 29/17
believes [1] 39/20
benefit [1] 33/16
BERGSTROM [9] 1/14
2/5 7/24 12/6 18/10
22/19 23/20 26/12 28/20
better [3] 18/15 34/22
39/21

between [2] 6/20 31/2
binding [1] 11/8
blanket [2] 22/7 26/6
bless [1] 41/9
BOP [2] 39/20 40/3
both [13] 8/7 8/10 9/21
16/3 18/18 24/4 26/1
26/9 26/15 26/15 31/7
31/24 37/11
bounds [1] 8/22
brief [3] 13/13 18/21
20/2
briefly [1] 14/15
broad [2] 22/4 31/25
brought [2] 11/8 40/8
Bureau [5] 33/20 37/3
37/13 39/4 39/12
busy [1] 32/19

**C**

C-E-R-T-I-F-I-C-A-T-E
[1] 41/14
calculate [2] 20/17
20/24
calculated [1] 36/6
calculation [2] 16/21
17/2
calculations [2] 21/14
29/2
calendar [2] 13/15 13/18
call [2] 13/15 13/18
called [2] 14/11 18/24
Calling [1] 2/2
calls [2] 26/20 26/20
came [1] 10/14
can [11] 4/7 4/22 6/4
6/18 11/20 12/8 13/25
16/9 18/11 25/6 35/1
can't [1] 33/8
candidly [1] 19/18
CANNON [2] 1/3 1/11
cannot [2] 24/19 25/9
capabilities [1] 26/19
CAROLINE [2] 1/18
2/10
case [39] 1/3 2/2 6/12
7/20 8/13 9/13 9/14 9/17
10/8 10/10 10/11 10/12
10/13 10/22 10/23 11/2
12/12 12/22 12/23 13/1
13/18 14/18 19/16 20/18
27/9 29/10 30/10 30/20
31/14 32/11 33/14 33/18
36/15 39/18 40/9 40/10
40/16 40/17 41/1
cases [6] 6/12 6/15 6/16
6/20 8/6 8/10 12/24 32/8
categorially [1] 7/10
categorical [3] 5/23 7/17
8/12
categorically [2] 6/8
8/18
category [3] 15/10 21/4
31/5
caveat [1] 28/14
cellphone [1] 23/24 24/6

26/17 26/23
cellphones [2] 26/18
27/8
certify [1] 41/15
change [2] 15/5 27/11
changes [1] 27/13
chapter [17] 5/18 5/20
8/5 8/16 16/6 17/7 17/7
17/9 17/12 17/18 18/5
18/7 19/5 31/1 31/6 31/8
35/12
Chapters [1] 18/4
character [2] 32/13
characteristics [4] 25/21
26/15 27/24 29/9
charged [5] 6/4 6/5 6/7
8/4 31/25
charges [2] 6/3 7/5
charging [1] 7/4
chats [2] 10/23 32/15
child [7] 6/22 6/24 6/25
7/8 7/9 8/8 8/9
children [5] 22/1 22/7
22/12 25/15 27/12
children/minors [1]
22/1
circuit [8] 6/12 6/12
12/7 12/10 12/13 12/17
12/22 12/23
circumstances [6] 10/22
14/18 22/5 25/20 27/23
29/8
citation [1] 12/11
cite [1] 8/6
cited [1] 12/22
cites [1] 6/11
civilian [1] 10/10
clarification [1] 28/16
clarifications [1] 29/1
clarified [1] 37/24
clarify [2] 16/9 20/19
clear [1] 11/9
clearly [10] 8/17 8/24
20/5 20/14 22/23 22/23
23/5 24/9 33/2 36/9
client [1] 15/4
close [1] 39/5
closely [1] 27/14
closer [2] 18/11 18/14
closest [1] 12/13
Code [5] 2/23 21/11
36/4 36/8 37/8
Coleman [2] 39/5 39/9
collection [1] 37/21
combined [1] 30/21
come [2] 13/13 24/24
comes [1] 32/25
commence [1] 40/25
commentary [3] 8/23
8/25 9/11
commit [1] 8/9
committed [2] 36/12
37/3
committing [1] 37/18
common [1] 23/18
communicated [2] 7/8

8/19
communicating [1]
29/17
communication [4] 6/17
6/24 22/8 27/7
communications [11]
6/20 6/22 7/7 8/7 25/15
29/18 29/20 29/22 29/25
36/15 36/19
completes [1] 34/7
completing [1] 25/2
comply [2] 37/17 37/22
computer [18] 21/25
23/18 23/24 26/6 26/7
26/17 26/23 28/3 28/5
28/6 28/8 28/10 28/12
28/13 37/23 37/25 38/1
38/1
computers [1] 27/21
conceal [1] 36/18
concern [4] 20/12 28/1
30/5 40/7
concurrently [1] 37/12
condition [4] 15/3 22/22
23/4 38/5
conditional [5] 2/25
10/4 10/7 11/12 13/12
conditions [9] 20/21
21/20 21/22 26/9 27/12
27/25 28/17 37/17 37/23
conduct [15] 4/3 4/7
4/18 5/5 8/21 11/2 11/17
17/5 17/16 23/2 24/5
25/20 32/1 33/14 36/10
conducted [1] 10/20
conducting [2] 8/12
12/10
confines [1] 25/8
confirm [1] 5/13
confusing [1] 20/8
confusion [1] 16/8
connect [1] 34/22
connection [1] 28/5
consecutive [9] 15/16
16/13 17/24 18/3 20/6
20/14 21/3 31/11 34/25
consecutively [3] 17/22
30/23 37/5
consider [6] 5/9 5/14
9/11 13/11 27/17 35/1
consideration [4] 15/17
16/21 35/5 36/17
considered [3] 12/14
36/1 37/1
considering [2] 10/19
32/11
consists [2] 37/4 37/11
contact [4] 21/23 21/25
38/2 39/14
contacted [1] 32/9
contains [2] 28/14 36/2
context [2] 9/18 32/14
continuance [3] 13/19
13/22 14/3
continue [1] 34/12
controlled [1] 37/20

conversations [3] 24/8
30/3 32/17
convicted [6] 6/1 6/7 7/4
7/21 8/4 24/20
conviction [20] 5/22
5/23 5/24 6/2 6/9 6/19
17/4 17/5 17/6 17/13
17/17 17/19 18/7 24/5
31/14 31/16 31/23 31/23
35/10 35/11
convictions [2] 6/23
32/5
cooperating [1] 37/21
copy [3] 4/9 4/10 4/16
correct [5] 5/15 7/22
16/24 19/5 20/23
corrected [1] 4/17
Corrections [1] 29/16
cost [1] 38/5
could [9] 7/18 8/4 10/1
14/15 18/19 26/19 27/11
34/5 40/13
counsel [8] 2/5 13/1 14/6
14/11 14/20 20/11 38/15
39/25
Counsel's [2] 15/4 19/5
count [45]
counting [4] 17/16 18/1
18/7 35/10
country [1] 34/17
counts [7] 2/25 17/4
19/21 21/10 31/24 37/11
38/10
county [7] 2/6 40/8 40/9
40/13 40/15 40/16
course [2] 11/16 29/23
court [64]
Court's [5] 10/2 11/11
13/8 26/3 38/15
Courts [1] 27/14
cover [1] 31/2
COVID [4] 9/20 14/6
14/9 14/19
CR [2] 1/3 2/2
CRC [1] 41/19
create [1] 33/3
created [2] 32/14 33/10
credit [1] 11/6
crime [1] 8/5
crimes [4] 25/19 30/6
36/25 37/18
criminal [7] 15/10 21/4
22/5 25/20 31/4 31/8
32/1
criminalization [1] 7/2
CRR [2] 1/22 41/19
current [2] 24/5 32/5
currently [3] 12/8 21/24
28/2
custody [4] 36/13 37/12
40/10 40/14

**D**

dangerous [1] 37/19
data [12] 23/6 23/9
23/19 23/25 24/12 24/16

## D

**data...** [6] 24/21 25/9 25/12 25/16 25/23 37/25
**date** [3] 12/1 26/23 41/19
**day** [7] 9/20 13/15 14/4 32/17 32/18 33/6 40/4
**days** [1] 38/23
**DD214** [2] 4/9 4/16
**deal** [1] 6/17
**dealing** [3] 9/7 10/19 32/6
**dealt** [1] 10/10
**decorations** [1] 4/5
**defendant** [52]
**defendant's** [18] 5/3 5/7 6/17 12/16 12/19 14/18 15/3 15/9 20/13 24/4 26/14 26/16 27/18 27/24 29/8 29/14 29/20 36/18
**defendants** [2] 32/2 32/3
**Defender** [1] 1/19
**Defense** [14] 4/8 4/8 6/1 13/1 14/6 14/7 14/11 14/19 15/4 19/5 20/10 20/25 39/24 41/7
**Defense's** [4] 3/21 11/2 26/2 35/9
**definitively** [1] 12/11
**degree** [1] 39/21
**delayed** [1] 34/20
**demonstrated** [2] 27/21 30/10
**denied** [2] 11/10 13/12
**deny** [2] 11/5 39/19
**denying** [9] 9/16
**Department** [1] 29/16
**deplorable** [2] 27/22 36/10
**designations** [1] 39/12
**detective** [2] 2/6 24/8
**deter** [1] 25/19
**determine** [6] 2/20 5/22 9/15 10/4 35/2 39/21
**deterred** [2] 23/3 36/10
**deterrence** [2] 30/11 36/24
**device** [2] 23/18 37/19
**diane** [4] 1/22 1/25 41/18 41/19
**did** [12] 9/18 10/5 13/19 15/12 25/14 32/6 32/11 32/16 34/15 34/16 36/20 36/21
**didn't** [3] 13/13 24/1 30/7
**different** [6] 22/15 23/10 33/23 34/9 39/10 40/13
**dire** [1] 11/19
**direct** [1] 22/9
**disagree** [1] 7/20
**disclosure** [1] 38/2
**discovery** [1] 10/17
**discuss** [3] 3/15 10/3 19/20

**discusses** [1] 16/19
**dismiss** [1] 11/1
**dismissed** [1] 40/9
**dissimilar** [1] 32/3
**dissimilarly** [1] 32/3
**distinction** [1] 19/23
**district** [9] 1/2 1/2 1/12 1/23 37/14 39/6 39/13 40/25 41/20
**disturbing** [1] 36/16
**DIVISION** [1] 1/3
**DNA** [1] 37/21
**do** [16] 3/14 5/21 7/13 7/17 9/8 14/24 16/14 16/20 17/23 20/18 21/14 24/12 25/6 26/20 33/4 36/23
**docket** [3] 3/20 4/21 5/18
**documented** [1] 22/25
**does** [7] 4/6 18/1 22/6 24/15 30/8 36/24 38/14
**doesn't** [2] 8/21 13/5
**doing** [5] 25/7 25/15 30/5 30/5 36/20
**don't** [14] 4/16 6/8 6/14 7/15 7/20 10/8 11/13 18/12 19/13 20/7 26/19 27/8 33/6 40/11
**done** [3] 14/10 25/3 36/11
**double** [5] 17/4 17/16 17/25 18/7 35/10
**doubling** [1] 18/5
**doubt** [1] 40/6
**downloading** [1] 23/16
**drunken** [1] 29/22
**during** [2] 9/18 13/8

## E

**e-mailed** [1] 14/11
**each** [2] 21/9 38/10
**earlier** [1] 19/12
**easier** [1] 25/13
**egregious** [1] 29/11
**either** [2] 32/4 33/24
**elaborate** [1] 4/22
**elements** [3] 5/25 7/6 8/2
**Eleventh** [3] 6/12 12/10 12/13
**else** [1] 28/22
**embedded** [1] 23/10
**employer** [1] 38/1
**employment** [1] 28/5
**encourage** [1] 6/6
**encrypted** [1] 23/14
**encrypting** [2] 23/17 25/15
**encryption** [14] 23/6 23/9 23/15 23/19 23/25 24/12 24/16 24/22 25/9 25/12 25/13 25/23 26/4 37/25
**end** [4] 29/7 29/12 30/14 36/5
**ended** [1] 9/21

**enhancement** [12] 5/18 5/21 7/11 8/16 16/6 17/7 17/8 17/12 17/18 18/6 31/1 35/12
**enough** [1] 14/13
**entice** [3] 6/6 6/25 24/6
**enticement** [5] 6/4 6/14 7/5 7/5 8/9
**enticing** [2] 6/19 7/2
**entire** [2] 29/24 35/4
**entitled** [1] 41/17
**entry** [5] 3/20 4/21 5/18 38/24 41/1
**Eric** [1] 2/7
**essentially** [4] 6/3 14/25 18/8 24/6
**establishing** [1] 39/14
**even** [7] 13/5 13/8 13/21 14/7 23/12 32/14 34/24
**evening** [2] 13/16 13/20
**event** [1] 20/10
**everything** [1] 13/17
**evidence** [2] 6/18 10/22
**evidentiary** [1] 11/19
**examination** [1] 37/25
**except** [2] 28/3 28/7
**exceptions** [1] 26/7
**Excited** [1] 32/21
**excuse** [1] 8/15
**exhibit** [2] 11/18 13/17
**exhibits** [3] 10/16 10/17 13/1
**existence** [1] 40/12
**expending** [1] 13/4
**expertise** [1] 39/22
**explain** [1] 33/8
**explicit** [1] 30/2
**exposure** [1] 20/13
**extent** [2] 19/16 19/24
**extra** [1] 13/23

## F

**F.3d** [1] 12/12
**facility** [4] 39/9 39/20 39/21 40/24
**facing** [1] 31/18
**fact** [11] 6/23 8/19 10/19 14/19 16/4 30/8 31/1 31/3 32/13 35/1 38/15
**factored** [1] 18/25
**factors** [5] 22/24 23/5 36/3 36/7 37/1
**facts** [4] 9/7 9/14 9/17 10/21
**factual** [3] 3/25 4/1 5/14
**fall** [1] 6/13
**falls** [1] 6/8
**familiar** [1] 10/21
**family** [1] 34/12
**far** [3] 7/16 22/10 38/19
**fashioning** [1] 26/10
**favor** [1] 14/17
**February** [2] 12/1 13/9
**February 7th** [2] 12/1 13/9
**federal** [9] 1/19 6/10

**6/13 7/2 8/3 8/5 8/22 40/10 40/19**
**feeling** [1] 9/19
**few** [1] 29/13
**fictitious** [4] 10/11 32/12 32/16 33/4
**Fifth** [2] 12/22 12/23
**figure** [1] 34/20
**filed** [3] 11/22 13/18 38/23
**filing** [2] 12/9 12/16
**filings** [3] 11/18 11/21 15/2
**finally** [2] 9/25 19/10
**find** [3] 14/24 23/3 25/11
**finding** [2] 37/6 38/15
**finds** [1] 36/7
**fine** [3] 21/8 21/9 37/7
**fines** [1] 38/6
**firearm** [1] 37/19
**first** [7] 3/24 5/17 10/2 11/24 21/23 31/17 40/18
**five** [5] 15/10 21/4 21/7 31/5
**FL** [2] 1/24 41/21
**flip** [1] 27/7
**FLORIDA** [22] 1/2 1/6 1/16 1/20 5/25 6/2 6/3 6/13 7/1 7/9 7/16 7/23 8/2 8/4 8/14 17/13 17/17 17/19 29/16 39/6 39/13 40/25
**flsd.uscourts.gov** [1] 1/25
**focus** [2] 33/12 33/15
**followed** [2] 16/23 21/2
**following** [3] 9/24 37/22 41/1
**follows** [2] 27/19 28/1
**foreclosed** [1] 11/18
**foregoing** [1] 41/15
**forgive** [1] 30/24
**form** [1] 11/17
**forma** [1] 38/25
**FORT** [5] 1/3 1/6 1/16 1/24 41/21
**forth** [5] 2/22 4/4 21/14 29/2 36/3
**forthright** [1] 10/7
**Fortunately** [1] 34/17
**forward** [1] 40/16
**fostered** [1] 34/13
**found** [1] 8/8
**four** [14] 5/18 5/21 16/6 17/7 17/7 17/12 17/18 18/5 19/6 21/21 31/1 31/6 31/8 35/12
**fulfill** [1] 4/13
**full** [2] 3/19 29/1
**fully** [1] 6/15
**FUREY** [3] 1/7 2/3 37/2 **further** [12] 19/2 23/25 25/19 28/18 28/20 35/20 35/22 35/24 36/25 38/8 41/3 41/7

**future** [3] 24/13 27/16 28/10

## G

**Garcia** [7] 2/17 5/1 15/6 16/8 19/2 24/15 27/1
**generally** [1] 24/20
**geographical** [1] 39/24
**get** [6] 18/11 20/23 26/19 30/1 34/6 34/18
**gets** [1] 34/17
**getting** [2] 4/14 17/14
**girl** [3] 29/18 30/1 30/7
**given** [4] 4/12 9/17 14/18 26/3
**go** [1] 31/21
**goals** [1] 30/15
**God** [1] 41/9
**goes** [2] 22/10 40/16
**going** [15] 8/11 14/17 14/21 20/3 20/17 22/14 22/15 23/17 25/11 27/19 32/24 33/5 34/7 34/8 35/1
**good** [12] 2/4 2/9 2/10 2/13 2/13 2/16 2/18 4/3 4/7 4/18 5/5 32/19
**got** [1] 33/15
**gotten** [1] 12/14
**Government** [32] 3/7 6/11 6/16 9/10 9/12 9/15 10/5 10/6 10/9 10/12 11/14 11/16 11/22 12/8 13/4 13/7 13/16 13/19 14/3 14/5 14/10 14/11 14/24 18/20 19/17 19/25 21/17 29/4 29/6 33/11 35/20 41/3
**Government's** [6] 3/22 4/15 9/4 12/14 23/21 30/13
**grand** [1] 10/13
**grant** [1] 40/22
**granted** [1] 20/25
**greater** [2] 2/21 26/10
**guarantee** [1] 25/9
**guaranty** [1] 24/19
**guardian** [1] 8/19
**guess** [1] 26/21
**guideline** [22] 9/9 15/5 15/11 15/18 15/24 16/2 16/3 16/11 19/7 19/14 19/16 19/22 19/23 20/7 20/18 20/24 20/25 21/6 29/7 31/15 35/7 36/6
**guidelines** [18] 8/23 16/10 16/14 16/20 17/8 17/10 17/13 17/17 18/4 18/8 18/25 30/24 31/4 31/7 31/9 31/11 31/18 36/3
**guilty** [4] 2/24 3/2 13/10 13/12

## H

**had** [14] 3/11 9/6 9/8 10/17 11/17 13/11 13/22

**H**

had... **[7]** 14/6 17/24 18/20 19/25 33/24 34/18 34/20
half **[3]** 11/14 18/9 33/6
happen **[2]** 40/15 41/2
harder **[1]** 25/16
harm **[1]** 32/7
has **[21]** 3/19 4/12 5/21 6/16 7/15 12/13 16/6 18/17 18/21 20/11 22/24 25/14 27/20 30/9 34/11 34/24 36/1 36/11 38/14 39/9 40/9
hasn't **[2]** 12/10 27/3
have **[41]** 3/11 4/16 6/23 7/1 7/3 7/13 7/15 9/18 11/25 12/3 13/5 14/13 14/23 16/1 17/23 17/24 18/19 19/17 20/9 21/14 21/24 22/6 23/18 24/1 24/22 24/24 25/4 26/19 27/5 27/6 27/8 28/17 34/5 34/8 34/10 35/5 35/15 38/19 38/22 40/10 40/17
haven't **[1]** 19/25
having **[4]** 13/3 20/25 28/24 37/1
he **[61]**
health **[1]** 37/23
hear **[3]** 12/5 29/3 38/20
heard **[2]** 13/22 14/13
hearing **[11]** 1/11 3/19 12/2 12/10 12/25 13/3 13/14 14/4 14/5 15/1 15/1
hearings **[1]** 10/15
held **[1]** 12/16
help **[1]** 25/6
her **[2]** 15/4 33/8
here **[4]** 2/15 2/19 13/1 40/8
hereby **[1]** 41/15
hesitation **[1]** 29/25
hide **[1]** 25/15
hiding **[2]** 24/8 30/6
high **[3]** 29/6 29/12 30/14
highly **[1]** 36/16
Highway **[3]** 1/15 1/23 41/20
him **[18]** 9/24 11/23 14/7 14/9 24/12 25/2 25/7 25/7 25/7 30/1 30/7 30/9 33/25 34/3 34/8 34/17 40/10 40/13
himself **[4]** 4/17 9/21 27/21 34/2
his **[43]**
history **[6]** 15/10 21/4 22/25 25/14 27/24 31/5
Homeland **[1]** 2/7
homeless **[1]** 34/4
Honor **[68]**
Honor's **[1]** 33/18

**HONORABLE [1]** 1/11
hopeful **[1]** 34/12
hoping **[1]** 39/15
hours **[1]** 37/12
housing **[1]** 34/4
how **[3]** 16/20 24/11 32/18
however **[4]** 4/6 13/5 27/13 39/12

**I**

I'll **[5]** 8/1 15/4 22/20 39/19 40/22
I'm **[11]** 2/5 4/20 4/25 8/11 14/17 15/21 16/8 20/3 20/17 25/11 27/19
identified **[1]** 19/14
illegal **[1]** 22/25
illustrated **[1]** 36/19
immediately **[4]** 10/5 38/9 40/4 41/1
imperative **[1]** 23/1
important **[3]** 32/1 32/10 33/14
impose **[6]** 18/2 25/22 30/20 34/8 34/24 35/1
imposed **[9]** 16/13 16/14 17/21 17/22 22/14 36/5 38/14 38/23 40/5
imposition **[1]** 3/5
imprisoned **[1]** 37/3
imprisonment **[5]** 17/23 20/6 37/9 38/12 40/17
impropriety **[1]** 23/3
inability **[1]** 15/4
incarcerated **[2]** 33/20 34/13
incarceration **[2]** 33/21 34/23
inclined **[2]** 32/15 38/20
include **[3]** 5/6 24/13 37/18
included **[1]** 11/3
including **[1]** 3/20
incompletely **[1]** 36/21
increase **[1]** 20/12
increased **[1]** 17/14
increasing **[2]** 18/8 31/4
indicates **[1]** 9/9
indication **[4]** 13/8 13/10 13/11 30/3
indictment **[1]** 2/25
indirect **[3]** 6/24 6/24 22/9
individual **[2]** 23/11 23/14
individuals **[1]** 22/9
inform **[1]** 14/12
information **[4]** 16/20 19/21 19/22 23/17
informed **[1]** 14/5
infringe **[2]** 22/10 23/25
initially **[1]** 23/23
insight **[1]** 12/17
insofar **[2]** 39/19 39/23
instant **[2]** 25/21 27/23

instantly **[1]** 29/19
Instead **[1]** 7/1
instructions **[2]** 11/19 13/17
insufficient **[1]** 19/17
intended **[3]** 7/8 19/19 31/15
interested **[1]** 13/10
intermediary **[1]** 6/18
internet **[9]** 23/11 23/15 23/23 24/6 24/23 26/19 27/8 27/22 28/11
interrogation **[1]** 10/24
investigation **[4]** 3/12 3/15 3/20 3/21
Investigations **[1]** 2/8
investigator **[1]** 4/11
involve **[2]** 24/5 32/7
involved **[3]** 8/7 26/16 26/17
involvement **[1]** 38/2
involving **[2]** 10/11 29/10
is **[166]**
isn't **[1]** 13/24
issue **[16]** 4/21 5/7 5/9 5/17 6/16 12/15 13/7 14/14 18/19 18/21 19/3 20/2 20/7 25/4 31/13 31/24
issues **[1]** 28/11
it **[70]**
it's **[8]** 4/15 8/13 20/4 23/1 23/18 25/3 32/1 32/19
its **[6]** 6/11 13/4 14/25 36/16 39/13 39/22
itself **[1]** 8/23

**J**

jail **[2]** 9/22 14/9
job **[3]** 23/12 25/2 34/4
Johnson **[1]** 12/11
join **[1]** 34/16
joined **[1]** 2/5
JOSEPH **[3]** 1/7 2/3 37/2
JUDGE **[1]** 1/12
judgment **[4]** 29/21 37/2 38/24 41/1
JUNE **[2]** 1/7 5/3
June 1st **[1]** 5/3
jury **[3]** 10/13 11/19 13/17
just **[22]** 5/13 9/6 10/13 12/3 13/7 14/8 17/18 19/4 19/10 19/10 20/19 20/21 20/24 21/14 27/11 32/19 33/9 34/20 35/5 38/21 40/11 40/18
justice **[2]** 12/15 31/8
justify **[1]** 29/9
JVTA **[2]** 21/10 37/7

**K**

Killough **[1]** 2/6
kind **[2]** 27/5 39/11

knew **[1]** 36/19
know **[7]** 10/25 25/5 27/9 27/15 31/24 35/9 40/12
knowing **[1]** 11/8
knows **[2]** 24/11 40/20

**L**

lack **[2]** 5/7 12/17
landline **[1]** 26/18
language **[5]** 11/4 18/17 18/18 19/13 20/15
lapse **[1]** 29/21
large **[2]** 4/12 14/20
last **[1]** 14/2
late **[1]** 5/5
later **[1]** 26/23
law **[8]** 5/25 6/3 6/10 7/1 7/2 9/11 18/1 30/13
least **[7]** 8/20 23/23 27/9 27/10 33/22 36/22 40/20
leave **[2]** 4/6 38/25
leaves **[1]** 25/24
Lee **[1]** 8/6
legal **[8]** 3/4 5/17 8/19 9/1 17/23 20/13 20/15 20/19
length **[2]** 24/7 36/16
lengthy **[3]** 22/14 33/22 34/7
less **[1]** 29/15
let **[3]** 11/7 12/5 20/18
let's **[5]** 3/24 5/16 21/20 21/23 23/6
level **[10]** 9/2 15/8 15/9 15/9 17/9 19/6 21/4 21/5 31/5 31/5
levels **[1]** 39/10
liberty **[1]** 23/25
life **[4]** 21/8 37/10 37/11 38/12
lifted **[1]** 9/25
light **[2]** 3/23 25/20
like **[5]** 5/2 7/2 11/18 19/11 27/7
limits **[1]** 12/19
list **[1]** 13/17
listed **[1]** 12/24
listened **[1]** 10/24
lists **[2]** 4/5 11/18
living **[1]** 27/6
location **[1]** 39/13
Longoria **[1]** 12/23
look **[8]** 6/15 6/19 7/6 9/14 19/12 19/19 32/4 32/7
looked **[1]** 7/16
looking **[6]** 4/20 11/4 17/17 22/14 31/1 31/19
low **[1]** 36/5
LUSK **[37]** 1/7 2/3 2/11 2/14 2/19 3/11 4/7 4/17 6/5 7/4 9/19 10/3 11/22 11/25 14/6 22/6 26/3 31/18 31/25 32/11 32/15 32/16 32/19 32/23 33/3

33/7 33/15 33/19 33/22 34/2 34/6 35/15 37/2 39/4 39/14 39/15 40/3
Lusk's **[8]** 4/4 4/9 5/22 11/6 32/5 33/13 34/15 40/19

**M**

made **[1]** 29/1
mail **[1]** 21/25
mailed **[1]** 14/11
maintaining **[1]** 39/14
maintains **[1]** 6/1
make **[11]** 9/10 14/8 18/12 23/12 25/13 26/20 32/11 33/4 34/8 35/17 39/23
makes **[2]** 29/11 30/9
making **[4]** 25/16 30/6 33/7 34/2
mandates **[1]** 16/19
mandatory **[6]** 15/16 16/5 16/23 30/20 31/12 37/17
manner **[1]** 38/16
many **[2]** 23/10 27/10
March **[1]** 12/4
March 9th **[1]** 12/4
marshals **[1]** 1/4
Martin **[3]** 2/6 40/8 40/8
materials **[1]** 38/4
math **[1]** 19/5
matter **[1]** 41/17
Matthew **[1]** 2/6
may **[8]** 12/3 25/1 27/15 28/4 28/7 28/15 38/25 41/9
McCRAE **[20]** 1/18 2/11 2/13 3/4 3/24 4/22 5/11 5/19 9/3 15/23 17/2 20/19 21/13 22/2 23/7 25/25 28/18 30/18 35/24 39/2
me **[6]** 8/15 11/7 12/5 14/12 20/19 30/24
meaning **[2]** 5/24 8/16
meantime **[1]** 11/16
medal **[4]** 4/3 4/7 4/18 5/5
media **[1]** 36/22
medical **[1]** 5/3
meet **[10]** 7/21 8/18 9/24 11/23 11/25 32/12 32/15 33/3 33/7 33/8
meeting **[1]** 22/8
memorialized **[1]** 10/23
Mental **[1]** 37/23
mentioned **[1]** 13/13
merely **[2]** 15/18 16/11
merits **[2]** 20/10 24/2
met **[1]** 27/6
microphone **[1]** 18/11
Middle **[3]** 39/5 39/13 40/24
military **[1]** 4/12
miller **[4]** 1/22 1/25

**M**

miller... [2] 41/18 41/19
mind [1] 24/10
minimum [3] 16/5 27/10 31/12
minimums [1] 30/20
minor [14] 6/6 6/19 7/2 7/5 7/21 8/18 8/19 8/21 8/24 22/6 22/11 24/7 32/8 33/4
minors [10] 8/18 21/23 22/1 22/25 23/1 29/11 29/13 32/7 36/11 38/2
minute [1] 20/24
misinterpretation [1] 29/19
misreading [1] 19/19
mistake [1] 29/22
modem [2] 28/13 38/1
modifications [1] 27/15
modify [1] 27/25
mom [1] 32/24
moment [2] 12/3 38/21
Monday [3] 32/21 32/22 32/25
monitor [3] 24/22 25/17 26/5
month [4] 11/14 29/15 29/24 40/21
months [13] 15/11 15/19 15/22 17/11 19/7 21/1 21/2 30/21 35/7 37/4 37/4 37/5 38/11
more [2] 9/7 34/21
Morell [1] 8/7
morning [8] 2/4 2/9 2/10 2/12 2/13 2/14 2/16 2/18
most [1] 13/2
mostly [1] 8/1
motion [8] 9/10 11/1 11/8 11/10 11/12 12/9 12/19 14/16
motions [14] 9/8 9/18 9/19 9/20 9/25 10/3 10/15 10/25 12/16 13/9 13/12 14/4 14/5 36/17
motives [1] 29/20
move [2] 9/1 23/6
Mr. [42]
Mr. Lusk [34] 2/11 2/14 2/19 3/11 4/7 4/17 6/5 7/4 9/19 10/3 11/22 11/25 14/6 22/6 26/3 31/18 31/25 32/11 32/15 32/16 32/19 32/23 33/3 33/7 33/15 33/19 33/22 34/2 34/6 35/15 39/4 39/14 39/15 40/3
Mr. Lusk's [8] 4/4 4/9 5/22 11/6 32/5 33/13 34/15 40/19
Ms [18] 2/13 4/22 5/1 5/11 5/19 9/3 15/23 16/8 17/2 18/10 19/2 23/20 24/15 26/12 27/1 28/20 35/24 39/2

**N**

narrower [1] 8/3
nature [11] 4/22 25/20 26/14 27/23 29/7 29/24 31/17 31/22 32/4 36/15 39/24
near [1] 40/24
necessary [2] 2/21 26/11
need [6] 3/14 26/5 27/12 30/11 30/11 30/12
needs [5] 23/13 23/15 26/19 28/10 36/9
never [1] 33/15
next [3] 9/1 14/7 40/1
Nicole [1] 2/16
night [2] 29/22 32/25
no [40] 1/3 3/6 3/9 3/17 5/12 5/13 7/6 7/19 11/10 13/8 13/10 13/11 15/15 19/4 19/23 20/13 21/8 21/11 21/16 21/18 21/23 21/25 23/3 24/22 26/8 28/19 28/21 28/23 29/19 30/3 33/9 35/18 35/21 35/23 35/25 38/2 38/2 41/4 41/6 41/8
not [51]
notable [1] 34/15
note [3] 5/2 19/11 24/24
noted [1] 38/6
notes [1] 36/17
Nothing [1] 27/3
notice [1] 38/23
notices [1] 11/19
notification [2] 13/13 14/9
notify [1] 11/14
now [11] 20/17 21/20 22/16 22/24 25/24 27/12 27/15 28/5 34/21 36/11 38/14
nowhere [1] 29/25
number [3] 4/5 20/4 39/10

**O**

object [4] 17/3 22/3 38/15 38/17

**Ms.** [13] 3/4 3/24 7/24 12/6 15/6 20/19 21/13 22/2 22/19 23/7 25/25 28/18 30/18
Ms. Bergstrom [3] 7/24 12/6 22/19
Ms. Garcia [1] 15/6
Ms. McCrae [9] 3/4 3/24 20/19 21/13 22/2 23/7 25/25 28/18 30/18
much [6] 9/7 22/15 25/16 26/13 33/23 34/9
must [4] 17/22 20/6 36/24 38/23
my [14] 4/11 4/11 4/15 8/1 10/1 12/22 13/13 14/9 17/20 19/18 22/20 30/24 32/24 40/7

objection [17] 5/10 6/1 8/12 9/1 9/1 9/5 14/21 14/24 15/5 17/1 18/20 19/18 20/4 20/14 21/1 22/2 23/7
objections [12] 3/21 3/22 3/23 3/25 4/2 5/14 5/17 20/20 21/13 21/14 21/21 28/25
obstruction [1] 12/15
obtain [4] 4/9 4/10 7/18 10/6
obtained [3] 4/6 34/4 34/4
obtaining [1] 4/18
obviously [1] 11/12
occurred [5] 13/15 29/13 29/23 32/7 33/12
occurring [1] 31/3
off [2] 4/6 12/18
offender [7] 24/21 33/16 33/19 36/18 36/21 38/3 38/5
offenders [1] 39/22
offense [35] 5/23 5/24 6/9 7/6 7/10 8/3 8/3 8/5 8/15 8/16 8/17 8/24 15/9 15/9 18/24 18/25 19/6 21/3 21/5 22/5 24/5 24/21 25/21 26/14 26/15 26/16 27/24 29/8 29/12 29/12 31/3 31/9 31/17 36/12 36/14
offenses [7] 3/2 8/17 16/3 26/15 29/10 32/5 32/6
offer [1] 10/4
offered [1] 24/20
office [7] 1/15 1/19 2/7 24/19 25/2 25/6 37/14
officer [9] 24/9 29/23 30/6 32/13 32/14 32/20 32/24 33/8 33/10
officers [2] 10/21 27/14
Official [1] 1/22 41/19
Oh [1] 32/23
okay [8] 3/10 7/19 7/24 16/22 20/23 21/19 28/24 32/20
old [1] 29/18
omitted [1] 36/22
one [42]
ones [1] 27/15
online [4] 10/23 23/12 25/3 32/12
only [13] 4/2 12/18 18/17 19/15 22/7 26/7 26/8 29/12 29/13 30/5 30/14 31/10 40/7
open [1] 27/16
operation [1] 10/20
opportunity [6] 3/11 10/2 18/22 20/1 33/3 35/15
opposed [2] 19/15 23/16
options [1] 19/20

order [4] 5/21 9/15 26/5 32/1
ordered [1] 38/8
organizations [1] 38/3
other [7] 12/9 17/22 20/19 21/13 24/1 37/19 40/15
others [1] 27/7
otherwise [1] 20/8
our [6] 6/1 10/14 12/21 13/21 25/6 27/14
out [4] 9/19 13/1 32/24 34/21
outside [1] 8/22
outstanding [1] 40/12
over [5] 4/14 10/17 10/20 29/23 40/8
overall [1] 35/6
overbreadth [2] 28/1 28/12
overbroad [4] 7/9 22/17 26/3 26/9
overly [1] 22/4
overrule [3] 8/11 8/25 20/3
overruled [1] 14/24
own [1] 19/18

**P**

P-R-O-C-E-E-D-I-N-G-S [1] 2/1
p.m [1] 13/20
package [1] 10/25
page [1] 4/4
PAGES [1] 1/8
Palm [1] 1/20
pandemic [2] 4/13 4/14
paragraph [14] 4/3 5/18 16/18 17/21 19/12 20/5 20/16 20/16 23/7 24/3 25/12 25/22 28/2 28/16
paragraphs [4] 21/22 25/24 27/2 27/20
parent [3] 6/7 7/5 7/21
part [8] 10/25 13/13 14/2 19/13 30/1 34/13 36/22 38/6
participate [1] 8/21
participating [1] 8/20
particular [5] 7/16 11/11 23/3 29/11 39/22
particularly [2] 22/13
parties [3] 20/2 29/3 36/2
passed [1] 6/22
past [1] 34/15
pauperis [1] 39/1
pay [3] 37/7 38/8 38/24
people [2] 18/13 39/11
perform [1] 5/23
perhaps [1] 26/24
period [9] 10/20 14/20 31/2 33/12 33/17 33/21 34/1 34/23 36/12
permissible [1] 37/25
perpetrated [2] 8/17

8/24
person [2] 22/8 37/13
persona [1] 10/11
personal [2] 21/25 26/8
persuade [2] 6/6 7/8
petitioning [1] 28/15
petitions [1] 26/24
phone [1] 27/7
photos [1] 30/2
PIERCE [5] 1/3 1/6 1/16 1/24 41/21
place [1] 33/25
placed [3] 24/21 37/10 40/24
Plaintiff [2] 1/6 1/14
plea [7] 3/1 3/1 10/4 10/7 11/13 13/11 13/12
please [1] 18/11
pled [1] 2/24
plugged [1] 34/18
point [19] 5/11 5/19 8/12 9/10 9/13 9/16 11/6 11/14 12/9 12/15 12/21 12/22 13/23 14/22 15/25 16/2 16/16 21/1 28/14
pointed [2] 9/19 13/1
pointing [1] 19/11
portion [1] 9/22
posing [2] 32/13
position [12] 4/16 7/14 11/6 13/21 22/16 23/22 26/2 30/13 33/23 34/9 34/22 39/21
positive [3] 12/1 14/6 14/19
possess [2] 28/3 28/6
possessing [2] 37/19 37/20
possession [3] 26/7 37/24 38/4
possible [2] 31/15 39/6
post [1] 15/1
potential [4] 21/10 28/1 28/9 28/11
potentially [1] 22/11
precedent [1] 11/9
precise [1] 39/21
precluding [1] 3/5
premised [1] 20/15
preparation [9] 3/18 9/6 9/8 10/9 10/18 11/17 12/24 12/25 15/2
prepare [5] 9/6 13/3 13/5 19/18 20/1
prepared [5] 3/3 3/23 10/14 13/22 14/25
preparing [1] 11/18 13/16
present [2] 2/11 23/10
presented [1] 11/1
presentence [7] 3/12 3/15 3/20 3/21 16/18 36/2 38/7
presents [1] 20/12
preserved [1] 11/12
pretrial [9] 9/8 9/18

**P**

**pretrial...** [7]  10/2 10/15 10/25 11/18 12/16 15/2 36/17
**pretty** [1]  26/13
**prevented** [1]  14/19
**previous** [4]  18/18 19/14 26/16 30/24
**previously** [2]  10/17 29/2
**primarily** [1]  9/5
**primary** [2]  10/22 40/10
**prior** [19]  5/22 5/23 5/24 6/2 6/9 7/10 17/13 17/19 18/7 24/5 28/4 29/14 31/2 31/14 31/16 31/22 31/23 32/5 39/18
**prison** [2]  22/14 29/14
**Prisons** [5]  33/20 37/3 37/13 39/4 39/12
**privileges** [1]  25/1
**probation** [20]  2/15 2/17 3/23 4/9 16/4 19/11 19/19 24/9 24/15 24/18 24/21 25/2 25/16 28/22 30/6 30/7 35/8 35/22 37/14 41/5
**probation's** [3]  5/6 26/4 26/21
**problem** [2]  18/3 23/4
**problematic** [1]  11/4
**procedurally** [1]  38/18
**proceed** [1]  29/2
**proceeding** [1]  2/20
**proceedings** [4]  14/8 20/2 41/12 41/16
**process** [2]  13/16 25/4
**produce** [1]  16/11
**produced** [1]  10/16
**program** [2]  23/17 26/4
**programs** [2]  23/10 23/16
**prohibited** [3]  8/21 26/22 37/19
**prohibits** [1]  8/17
**promote** [1]  30/13
**pronounced** [1]  38/16
**properly** [1]  9/15
**proposed** [1]  11/19
**protect** [2]  25/18 30/11
**protected** [2]  23/1 36/25
**provided** [1]  18/21
**provision** [4]  19/23 19/24 22/2 22/4
**provisions** [3]  20/15 26/2 26/25
**PSI** [16]  3/25 4/4 4/4 4/17 4/19 5/2 5/4 16/16 18/18 19/13 20/5 20/8 20/16 20/20 21/7 28/25
**PSI's** [1]  16/1
**public** [5]  1/19 4/12 25/18 30/12 36/24
**pull** [1]  18/14
**purchase** [1]  34/5
**purchases** [1]  23/12

**pure** [1]  13/7
**purpose** [2]  2/20 8/20
**purposes** [4]  2/22 9/12 26/8 26/8
**pursuant** [1]  2/25
**put** [1]  33/25
**Putnam** [2]  40/13 40/15

**Q**

**qualifies** [1]  5/22
**qualify** [3]  7/10 8/15 8/15
**quarantine** [3]  9/22 10/1 11/23
**question** [1]  11/7
**quite** [1]  10/21

**R**

**raised** [4]  18/19 20/9 20/11 21/13
**range** [24]  15/6 15/11 15/18 15/24 16/2 16/3 16/11 16/22 19/7 19/14 19/16 20/7 20/18 20/24 20/25 21/6 21/7 21/8 29/7 31/15 31/15 31/25 35/7 36/6
**read** [2]  5/4 16/1
**really** [4]  11/10 12/10 13/5 32/23
**reason** [3]  3/4 3/8 20/13
**reasons** [8]  8/25 9/12 20/17 23/14 25/18 26/14 36/23 39/24
**receive** [4]  5/8 10/1 13/19 26/20
**received** [4]  4/7 5/5 13/8 13/9
**receives** [1]  40/16
**recently** [1]  34/11
**recess** [1]  41/10
**recognize** [1]  30/8
**recognized** [1]  12/24
**recommend** [4]  21/9 21/12 39/4 40/3
**recommendation** [2]  39/23 40/23
**recommendations** [2]  38/19 40/23
**recommending** [1]  29/6
**recommends** [1]  21/7
**reconnected** [1]  34/11
**record** [7]  2/24 3/19 11/10 21/15 29/1 29/2 37/24
**records** [1]  4/12
**reduced** [1]  15/9
**reduction** [1]  15/8
**referring** [1]  14/3
**reflected** [2]  4/3 4/19
**reflecting** [1]  15/24
**reflects** [1]  2/4
**refusal** [1]  12/19
**regarding** [1]  4/2
**register** [1]  36/20
**registering** [1]  34/3
**registration** [1]  38/5

**reintegrate** [1]  34/2
**related** [3]  19/15 22/4 22/23
**relation** [1]  34/12
**relationship** [1]  34/12
**release** [18]  21/7 21/21 23/22 25/8 27/18 28/17 29/14 31/2 33/13 34/19 34/23 37/9 37/10 37/12 37/16 37/18 38/12 39/17
**released** [8]  22/15 29/16 33/23 33/23 34/14 34/17 36/13 37/15
**relevant** [1]  8/13
**relied** [1]  6/17
**relief** [1]  26/24
**relies** [2]  9/5 17/19
**relocated** [1]  39/17
**relying** [1]  6/2
**remembers** [1]  4/18
**reoffend** [3]  24/11 25/14 30/9
**repair** [1]  22/11
**repeat** [1]  29/12
**repeatedly** [1]  36/11
**report** [8]  3/12 3/15 3/20 3/22 16/18 36/2 37/13 38/7
**REPORTED** [1]  1/22
**Reporter** [2]  1/22 41/19
**reporting** [2]  16/2 33/5
**request** [6]  13/19 14/3 39/3 39/8 39/19 40/1
**requested** [1]  14/8
**requesting** [1]  30/19
**requests** [4]  4/12 4/13 38/19 39/2
**require** [2]  18/1 36/24
**required** [7]  10/8 13/18 16/15 25/3 31/12 33/22 35/16
**requirement** [3]  6/9 7/7 7/17
**requirements** [1]  16/19
**requires** [2]  9/11 16/12
**research** [1]  18/21
**resolved** [3]  4/22 5/9 28/17
**resources** [1]  13/4
**respect** [10]  4/1 5/20 8/23 14/15 20/21 25/3 26/1 26/9 27/2 30/13
**respond** [2]  11/20 13/25
**responds** [1]  32/21
**response** [5]  3/22 6/11 9/4 22/18 32/20
**responsibility** [3]  11/5 13/23 15/8
**rest** [3]  8/1 19/20 22/20
**restitution** [1]  38/5
**restricted** [1]  38/3
**restriction** [15]  22/7 22/16 23/6 23/24 24/14 24/17 25/12 25/23 26/6 28/12 28/13 37/24 38/1 38/1 38/2

**restrictions** [1]  24/2
**restricts** [1]  22/8
**result** [1]  40/13
**resulted** [1]  31/6
**results** [1]  31/11
**review** [1]  3/11
**reviewed** [2]  3/19 36/16
**revised** [3]  5/3 5/4 15/24
**right** [27]  3/7 3/18 4/20 5/16 7/24 8/11 12/5 17/20 18/10 19/2 20/3 22/18 22/22 23/20 25/11 26/12 27/1 27/12 27/15 27/19 28/24 35/14 35/19 38/22 40/22 41/3 41/9
**rights** [1]  12/20
**rigidly** [1]  11/4
**rise** [1]  41/11
**risk** [1]  30/9
**RMR** [1]  1/22 41/19
**roughly** [1]  18/5
**rule** [2]  14/17 27/19
**ruled** [1]  12/11
**ruling** [4]  10/2 11/11 13/9 26/3
**rulings** [1]  10/3
**run** [3]  17/22 20/6 37/12
**running** [2]  17/8 30/22

**S**

**safe** [1]  25/7
**said** [2]  27/4 32/19
**same** [9]  10/16 13/2 13/2 13/20 14/4 16/5 25/1 26/13 28/13
**sanction** [1]  31/8
**sat** [1]  14/7
**Saturday** [1]  32/25
**saw** [1]  34/3
**say** [3]  14/23 15/12 26/9
**saying** [4]  19/17 19/25 30/25 31/6
**says** [2]  4/21 32/24
**search** [1]  38/4
**second** [1]  31/11
**secondary** [1]  7/3
**secondly** [2]  40/2 40/25
**section** [6]  2/23 21/11 22/24 36/4 36/8 37/8
**security** [3]  2/7 39/10 39/12
**see** [3]  31/13 33/6 34/1
**seek** [3]  10/4 28/7 28/15
**seeks** [1]  39/20
**send** [1]  30/1
**sense** [2]  19/5 40/4
**sensing** [1]  16/8
**sentence** [44]
**sentenced** [2]  32/2 32/3
**sentencing** [8]  1/11 2/19 2/22 3/3 3/19 19/20 20/13 31/15
**separate** [3]  18/23 18/24 18/25
**separately** [1]  35/12
**serve** [5]  34/16 36/7

**39/5 40/3 40/17**
**served** [2]  16/13 37/5
**service** [2]  4/4 23/5
**services** [3]  34/18 34/21 34/22
**set** [4]  2/22 21/14 29/2 36/3
**sets** [1]  4/4
**seven** [1]  18/9
**several** [3]  9/22 9/25 13/14
**sex** [16]  5/23 5/24 6/9 8/15 24/7 24/20 24/21 29/10 29/12 33/16 33/19 36/10 36/18 36/21 38/3 38/5
**sexual** [6]  8/9 8/21 22/25 29/19 29/24 38/4
**sexually** [1]  30/7
**shall** [8]  21/24 28/3 28/6 37/9 37/13 37/16 37/22 38/8
**Sheriff's** [1]  2/6
**shifted** [1]  40/10
**shopping** [1]  24/25
**short** [5]  31/2 33/12 33/16 34/1 36/12
**should** [4]  4/17 10/4 20/8 23/23 26/22 27/17 40/9
**shouldn't** [1]  30/5
**significant** [5]  9/22 10/9 20/12 30/9 36/24
**similar** [2]  32/2 36/13
**similarly** [1]  32/2
**since** [2]  39/17 40/9
**sir** [4]  2/24 35/19 38/22 41/9
**sister** [2]  34/11 39/15
**situation** [7]  6/5 15/3 24/25 25/5 29/11 32/14 40/19
**slim** [1]  10/19
**snowballing** [1]  31/14
**so** [59]
**social** [1]  36/22
**society** [1]  34/3
**solely** [1]  17/19
**soliciting** [4]  6/7 7/21 22/25 36/10
**some** [5]  12/24 16/8 25/6
**someone** [2]  11/6 22/15
**something** [4]  24/9 27/16 27/17 36/11
**sorry** [3]  4/25 15/21 18/12
**sort** [6]  6/4 10/8 23/2 31/14 31/17 35/9
**sought** [1]  34/19
**South** [3]  1/15 1/23 41/20
**SOUTHERN** [1]  1/2
**speaking** [1]  4/11
**special** [6]  2/7 21/9 37/23 38/6 38/9 38/12
**specific** [3]  16/16 27/15

**S**

**specific... [1]** 39/20
**specifically [3]** 5/4
19/15 32/17
**specified [3]** 3/1 17/21
20/16
**specifies [1]** 20/5
**spectrum [1]** 39/11
**split [2]** 12/7 12/17
**spoke [2]** 24/7
**St [1]** 1/19
**STACEY [2]** 1/14 2/4
**standard [2]** 27/6 37/17
**start [1]** 21/23
**starting [3]** 5/17 29/4
33/16
**state [6]** 28/6 33/13
33/24 36/13 40/14 40/18
**stated [1]** 39/24
**statement [4]** 5/3 5/7 9/6
35/17
**statements [1]** 36/1
**states [17]** 1/2 1/4 1/12
1/23 2/5 2/22 8/6 8/7
12/11 21/11 21/24 28/2
36/4 36/8 37/8 38/9
41/20
**stating [1]** 11/2
**status [2]** 14/12 36/18
**statute [17]** 5/25 6/13
6/14 7/3 7/4 7/9 7/16
7/23 8/4 8/13 8/14 11/3
11/5 16/12 16/15 16/19
18/24
**statutory [5]** 22/23 23/5
30/20 36/3 36/7
**stems [1]** 21/3
**steps [1]** 15/1
**still [2]** 11/22 40/14
**sting [1]** 10/20
**stopping [1]** 30/7
**strides [2]** 34/2 34/9
**structure [1]** 34/14
**submission [3]** 8/2 12/23
22/21
**submit [2]** 10/12 23/12
**submitted [1]** 10/13
**submitting [1]** 23/13
**subsection [1]** 8/14
**substance [2]** 24/16
37/20
**substantial [3]** 30/10
30/11 30/12
**substantially [1]** 36/9
**substantively [1]** 38/18
**successfully [2]** 24/22
34/3
**such [11]** 3/8 9/13 21/11
23/3 25/13 25/16 25/20
28/15 29/9 36/7 37/11
**sufficient [4]** 7/19 8/9
19/25 26/10
**sufficiently [1]** 31/22
**Suite [1]** 1/15
**Sunday [1]** 32/21
**supervised [11]** 21/7

21/21 23/22 25/8 28/17
37/10 37/16 37/17 38/12
39/16 39/17
**supervision [5]** 20/22
24/19 25/9 27/13 27/18
**support [6]** 6/18 7/13
12/21 20/14 24/2 34/14
**supported [1]** 6/15
**suppress [1]** 14/16
**suppression [6]** 12/9
12/24 13/3 13/9 13/14
14/25
**Supreme [1]** 12/18
**sure [4]** 14/1 14/8 30/6
36/21
**sustain [2]** 14/21 15/4

**T**

**table [1]** 2/5
**take [5]** 8/22 16/14
16/20 32/16 35/4
**taken [1]** 33/9
**taking [1]** 18/4
**talking [1]** 22/13
**tall [1]** 18/12
**techniques [1]** 23/16
**teenager [1]** 32/16
**telephone [1]** 21/25
**telephones [1]** 27/5
**televisions [1]** 27/4
**tell [1]** 27/11
**ten [18]** 16/5 16/12
16/23 17/15 17/24 18/2
18/6 20/5 21/2 27/10
27/10 27/13 30/22 30/22
31/11 31/20 35/2 35/6
**term [6]** 17/23 20/6
22/14 37/4 37/10 37/10
**terms [1]** 37/11
**test [1]** 14/19
**tested [4]** 9/20 11/25
14/6 14/9
**testimony [1]** 10/18
**text [1]** 30/7
**than [6]** 2/21 21/13
22/16 26/10 29/15 33/23
**thank [13]** 7/12 24/15
29/5 30/16 30/17 35/13
35/14 35/19 35/21 35/23
35/25 41/4 41/6
**that [303]**
**that's [12]** 5/15 7/19
7/22 7/22 12/13 12/18
15/14 20/23 26/5 27/16
27/17 35/3
**their [3]** 4/13 6/15 40/16
**them [5]** 18/5 27/25
36/16 36/22 38/20
**then [20]** 5/16 7/3 8/3
9/7 9/20 10/4 10/5 10/7
10/24 11/13 15/5 15/16
17/15 17/15 18/6 19/18
25/9 31/18 32/20 40/16
**there [25]** 5/10 6/3 7/6
8/8 11/10 12/7 17/1
19/23 20/13 20/19 21/21

23/14 26/17 27/4 27/9
27/13 29/19 29/25 30/3
30/10 30/11 30/12 32/8
33/9 40/6
**there's [1]** 5/13
**therefore [7]** 3/2 12/23
23/24 25/16 28/11 30/10
38/11
**these [14]** 6/16 6/22
18/12 22/9 26/2 26/2
26/9 26/15 27/12 27/24
29/18 31/24 32/4 32/8
**they [21]** 9/6 9/8 9/13
10/13 10/14 10/16 10/17
10/19 12/14 12/16 16/11
18/12 19/17 19/20 19/25
26/5 29/24 30/25 31/19
31/25 33/5
**thing [1]** 12/18
**things [3]** 24/24 25/6
27/11
**think [42]**
**third [11]** 6/12 9/10 9/13
9/16 11/6 12/8 12/15
12/21 16/2 17/9 31/19
**this [80]**
**those [27]** 3/2 3/22 3/23
6/15 6/19 6/21 8/25 9/19
9/24 10/2 10/3 11/21
15/2 20/17 21/22 25/18
26/24 29/25 30/3 30/14
31/9 34/9 34/21 34/22
36/19 36/23 37/1
**though [2]** 14/7 34/24
**thought [1]** 30/4
**three [3]** 17/9 18/5 31/5
**time [19]** 3/14 10/20
11/24 13/15 13/21 14/21
18/20 19/17 26/21 29/21
29/24 31/2 31/9 33/12
33/17 34/1 35/16 36/13
38/20
**timely [1]** 11/15 14/22
21/1
**timing [2]** 13/7 31/23
**Title [5]** 2/22 21/11 36/4
36/8 37/7
**today [7]** 2/19 3/5 37/25
40/4 40/11 40/20 41/2
**today's [2]** 2/20 3/18
**too [1]** 21/22
**took [2]** 11/13 15/1
**total [4]** 21/3 37/3 38/10
38/11
**towards [1]** 40/21
**town [1]** 32/25
**TRANSCRIPT [1]** 1/11
**transcription [1]** 41/16
**transportation [1]** 34/6
**traveling [2]** 7/21 8/18
**treatment [8]** 33/16
33/20 33/24 33/25 34/10
34/19 37/23 38/3
**trial [9]** 9/7 10/9 10/14
10/18 11/17 12/25 13/5
13/22 14/25

**triple [1]** 17/18
**tripled [1]** 30/25
**triples [2]** 31/9 31/10
**tripling [1]** 31/7
**try [3]** 30/1 33/3 34/2
**trying [1]** 34/20
**turn [4]** 3/24 5/16 10/17
21/20
**two [37]** 2/25 3/2 6/3
6/11 9/5 11/2 15/14
15/16 15/18 16/5 16/19
16/24 17/4 17/5 17/6
17/9 17/16 17/22 17/24
18/2 18/4 18/7 19/22
21/3 21/10 24/24 25/20
30/23 34/25 35/2 35/10
35/11 37/5 37/11 38/10
38/19 40/23
**type [3]** 24/19 24/23
25/13

**U**

**U.S [6]** 1/15 1/23 4/5
4/10 34/16 41/20
**unable [1]** 38/24
**under [20]** 5/25 6/3 6/9
6/10 6/13 7/1 7/2 8/4 8/5
8/15 9/2 11/3 14/17 17/8
18/4 21/10 22/1 31/8
31/20 37/7
**undercover [11]** 24/8
29/17 29/23 32/13 32/14
32/20 32/21 32/24 33/5
33/8 33/10
**underlying [2]** 9/14 32/4
**understand [6]** 4/8
11/13 11/25 19/11 21/21
25/5
**understandably [1]**
33/11
**understanding [4]** 4/11
4/15 14/9 17/20
**undisputed [2]** 8/14
36/12
**unfairness [1]** 20/11
**unique [2]** 14/18 15/3
**UNITED [15]** 1/2 1/4
1/12 1/23 2/5 2/22 8/6
8/6 12/11 21/11 36/4
36/8 37/8 38/9 41/20
**unlawfully [1]** 37/20
**unpaid [1]** 38/5
**unreasonable [1]** 38/18
**unresolved [7]** 3/24 4/2
4/23 5/10 5/14 5/17
28/25
**unsupervised [1]** 33/6
**until [4]** 9/25 13/20
26/23 33/13
**untimely [2]** 20/4 20/4
**up [8]** 9/9 9/21 32/12
32/15 32/16 33/3 33/7
33/8
**upheld [1]** 6/23
**upon [4]** 10/1 34/19
34/23 37/9

**Urgo [1]** 2/7
**us [2]** 1/15 25/24
**USA [1]** 2/2
**usage [1]** 24/23
**use [19]** 23/15 23/18
23/18 24/6 25/1 25/8
26/4 26/6 26/7 26/16
26/17 27/5 27/21 28/3
28/4 28/6 28/7 28/10
28/15
**used [1]** 6/18
**uses [1]** 23/11
**using [2]** 23/15 23/23

**V**

**V.A [2]** 34/18 34/19
**various [3]** 15/1 20/15
21/20
**vehicle [1]** 34/5
**verification [1]** 5/8
**version [2]** 18/18 18/19
**versus [1]** 2/3
**very [6]** 10/19 13/16
20/5 22/25 27/21 36/12
**via [1]** 14/25
**victims [1]** 22/1
**videos [1]** 30/2
**videotaped [1]** 10/24
**viewed [1]** 40/14
**visitation [1]** 10/1
**voir [1]** 11/19
**voluntarily [3]** 34/16
34/16 34/19
**vs [1]** 1/6

**W**

**wade [1]** 13/6
**waive [1]** 12/19
**Walsh [1]** 38/4
**want [1]** 20/24
**wanted [1]** 33/3
**wants [2]** 24/11 33/11
**warrant [1]** 40/12
**warranted [3]** 25/13
27/25 39/22
**was [89]**
**wasn't [1]** 29/22
**way [6]** 17/14 24/12
24/22 27/7 31/21 40/20
**ways [1]** 27/22
**we [55]**
**weeks [4]** 9/23 9/25
13/14 29/13
**well [9]** 4/8 5/24 9/14
9/20 12/15 29/8 31/23
32/21 36/19
**were [18]** 4/10 4/13 7/7
10/13 10/14 10/16 11/22
11/24 13/1 13/2 13/12
17/8 29/18 29/24 30/25
31/16 34/21 40/15
**weren't [1]** 5/8
**West [1]** 1/20
**what [27]** 5/19 5/21 6/5
7/1 7/24 9/3 10/5 11/11
12/16 15/6 19/19 20/11
22/2 23/7 24/2 26/5

# W

**what... [11]** 29/11 30/5
31/13 33/6 33/14 34/1
35/2 36/20 39/2 39/8
40/1
**whatsoever [1]** 23/4
**when [26]** 6/14 6/19 7/6
10/12 10/14 11/4 11/24
18/4 19/12 19/19 22/13
23/11 23/13 24/20 29/16
30/7 30/25 31/6 32/3
32/7 32/10 34/6 34/14
34/17 35/2 39/16
**where [2]** 31/19 34/21
**whereas [1]** 19/22
**whether [5]** 5/22 6/17
9/15 12/8 22/9
**which [31]** 4/7 5/8 5/25
7/3 8/7 8/13 9/1 10/5
11/12 12/1 12/22 13/15
15/5 16/23 21/24 23/4
23/7 25/4 25/14 28/2
28/14 30/9 33/21 35/7
36/2 36/11 37/14 37/18
38/16 40/10 41/1
**while [5]** 11/22 23/22
33/20 34/13 37/16
**who [8]** 2/11 2/15 10/21
22/15 23/14 25/1 32/8
33/24
**why [6]** 5/8 11/13 17/23
32/23 33/8 35/3
**wide [1]** 39/11
**will [25]** 8/6 8/25 14/23
16/16 20/23 25/2 25/4
25/22 27/25 28/5 28/9
28/25 33/18 33/19 33/22
34/10 34/12 34/13 34/17
34/22 36/5 39/16 39/23
40/4 41/2
**willing [1]** 27/21
**wish [2]** 24/16 35/16
**wishes [1]** 4/18
**withhold [1]** 12/8
**withholding [5]** 9/2 9/12
9/13 12/14 12/21
**within [8]** 8/16 8/24
29/13 35/7 36/5 36/12
37/12 38/23
**Without [1]** 17/7
**witness [1]** 11/18
**witnesses [2]** 10/10 13/2
**word [1]** 13/19
**wording [1]** 16/16
**work [4]** 14/25 26/8
32/25 34/6
**working [2]** 27/14 40/21
**would [60]**
**writ [1]** 40/8
**writing [1]** 18/20
**written [5]** 8/2 12/23
21/24 22/20 25/22
**wrong [2]** 30/4 30/9

# Y

**year [8]** 16/5 17/24 18/2
20/5 27/10 29/18 31/12
35/2
**years [16]** 16/13 16/23
17/15 18/6 18/9 18/9
21/2 21/8 27/10 27/13
30/22 30/22 31/20 31/21
33/22 35/6
**yes [12]** 3/13 5/1 11/21
15/13 15/21 16/10 16/25
17/3 18/16 19/9 24/18
38/17
**you [56]**
**your [83]**
**yours [1]** 32/19
**youth [1]** 38/3